# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
_____ Division

In re

                                      Case No.

                Debtor(s)

                                      Chapter

## ORDER OF DESIGNATION

       An order for relief under Title 11 U.S.C., Chapter \_\_\_\_ having been entered on the petition filed in this case on _____; it is, therefore

       **ORDERED** that _____ is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

       **ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date: _____   _____
                                                            United States Bankruptcy Judge

                                                            NOTICE OF JUDGMENT OR ORDER
                                                            ENTERED ON DOCKET
                                                            _____

[ver. 12/03]