IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| BEAR ISLAND PAPER COMPANY, L.L.C.,[1] | ) | |
| | ) | CASE NO. 10-31202-DOT |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b) the undersigned appear in the above-captioned case on behalf of Credit Suisse AG and pursuant to 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007 request that they be placed on all mailing matrixes and further request that all notices, given or required to be given, all pleadings, papers and other documentation served or required to be served herein be given to and served on the undersigned attorneys at the addresses set forth below.

David Heller, Esquire
Keith A. Simon, Esquire
Adam J. Goldberg, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Email: david.heller@lw.com
        keith.simon@lw.com
        adam.goldberg@lw.com

---

[1] The last four digits of the Debtor's federal tax identification number are 0914. The principal address for the Debtor is 10026 Old Ridge Road, Ashland, Virginia 23005.

David Heller, Esquire (*pro hac vice* pending)
Keith A. Simon, Esquire (*pro hac vice* pending)
Adam J. Goldberg, Esquire (*pro hac vice* pending)
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Phone: (212) 906-1200
Fax: (212) 751-4864

*Co-Counsel for Credit Suisse AG*

Robert H. Chappell, III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

*Co-Counsel for Credit Suisse AG*

AND

Robert H. Chappell, III, Esquire
Neil E. McCullagh, Esquire
Jennifer J. West, Esquire
Erin E. Kessel, Esquire
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, Virginia 23219
Email:  rchappell@spottsfain.com
          nmccullagh@spottsfain.com
          jwest@spottsfain.com
          ekessel@spottsfain.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notices and Papers nor any later appearance, pleading, claim or suit shall constitute a consent to or waiver of (1) its right to have final orders in non-core matters entered only after de novo review by a District Judge, (2) its right to trial by jury in any proceeding so triable in this Chapter 11 case or any case, controversy, or proceeding related to this Chapter 11 case, (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any and all rights, claims, actions, defenses, setoffs, recoupments or other matters to which it may be entitled by law, equity or agreement and such right.  All of those rights are expressly reserved without exception and without the purpose of confessing or conceding jurisdiction by this filing or by any other participation herein.

Dated: February 24, 2010


                                        Respectfully Submitted,


                                         /s/ Robert H. Chappell, III

Robert H. Chappell, III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100
Co-Counsel for Credit Suisse AG

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2010, a copy of the foregoing Notice of Appearance and Request for Notice and Service of Papers was served by U.S. Mail, First Class, postage prepaid or overnight delivery or electronic means through the Court's ECF system or through email on the following, constituting all necessary parties:

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219
Robert.b.van.arsdale@usdoj.gov

Attn: Jay Epstein
White Birch Paper Company
80 Field Point Road
Greenwich, Connecticut 06830

Christopher J. Marcus, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
christopher.marcus@kirkland.com

Jonathan L. Hauser, Esq.
Troutman Sanders LLP
22 Central Park Avenue, Suite 2000
P.O. Box 61185
Virginia Beach, VA 23466-1185
Jonathan.hauser@troutmansanders.com

Angela L. Batterson, Esq.
King & Spalding
1185 Avenue of Americas
New York, NY 10036-4003
abatterson@kslaw.com

Benjamin B. Iselin, Esq.
McGuire Woods LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105-0106
biselin@mcguirewoods.com

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
stalmadge@kayescholer.com

/s/ Robert H. Chappell, III