**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

In re:

Bear Island Paper Company, L.L.C.,            Case No. 10-31202-DOT
                                                         Chapter 11

          Debtor.

## NOTICE OF APPEARANCE

Suffolk Sales and Service Corporation, a creditor of Bear Island Paper Company, L.L.C., hereby notes the appearance of its counsel in this chapter 11 case. Counsel's address is:

> Peter G. Zemanian, Esq.
> Zemanian Law Group
> 150 Boush Street, Suite 600
> Norfolk, Virginia 23510
> pete@zemanianlaw.com

Respectfully Submitted,

SUFFOLK SALES AND SERVICE CORPORATION

By:    */s/ Peter G. Zemanian*
        Counsel

---

Peter G. Zemanian, VSB No. 24922
Zemanian Law Group
150 Boush Street, Suite 600
Norfolk, Virginia 23510
(757) 622-0090
Counsel for Suffolk Sales and Service Corporation

## CERTIFICATE OF SERVICE

I certify that this 25th day of February, 2010, the foregoing *Notice of Appearance* was filed with the e.c.f. system for purposes of electronic service on all parties so designated.

                                                       */s/ Peter G. Zemanian*
                                                       Peter G. Zemanian