IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| BEAR ISLAND PAPER COMPANY, L.L.C.,[1] ) | |
| ) | CASE NO. 10-31202-DOT |
| Debtor. ) | |
| ) | |

## ORDER

In consideration of the Motion of Robert H. Chappell, III, Esq. to allow certain attorneys from the law firm of Latham & Watkins, LLP to appear and practice before this Court *pro hac vice* in the above-styled cause and the Court having determined that the representations contained in such Motion are true, and Robert H. Chappell, III having entered his appearance as counsel in this cause and this application being authorized by the Rules of this Court;

IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that Keith A. Simon, Esq. and Adam J. Goldberg, Esq. (together, the "Admittees") each be admitted to appear and practice before this Court *pro hac vice*

---

[1] The last four digits of the Debtor's federal tax identification number are 0914. The principal address for the Debtor is 10026 Old Ridge Road, Ashland, Virginia 23005.

| | |
|---|---|
| David Heller, Esquire (*pro hac vice* pending) | Robert H. Chappell, III, Esquire (VSB #31698) |
| Keith A. Simon, Esquire (*pro hac vice* pending) | Neil E. McCullagh, Esquire (VSB #39027) |
| Adam J. Goldberg, Esquire (*pro hac vice* pending) | Jennifer J. West, Esquire (VSB #47522) |
| Latham & Watkins LLP | Erin E. Kessel, Esquire (VSB #65360) |
| 885 Third Avenue | Spotts Fain PC |
| New York, New York 10022 | 411 East Franklin Street, Suite 600 |
| Phone: (212) 906-1200 | Richmond, Virginia 23219 |
| Fax: (212) 751-4864 | Phone: (804) 697-2000 |
| | Fax: (804) 697-2100 |
| *Co-Counsel for Credit Suisse AG* | *Co-Counsel for Credit Suisse AG* |

only in the captioned bankruptcy case and any related adversary litigation on behalf of Credit Suisse AG.

IT IS FURTHER ORDERED, that in conjunction with such admission *pro hac vice*, and as to matters arising during or pertaining to the above-styled cause, each of the Admittees will be subject to and submit himself to the full disciplinary powers of this Court to the same extent as if he were fully admitted to practice in this Court and the Bar of Virginia.

ENTER:

_____
United States Bankruptcy Judge

I ASK FOR THIS:

  /s/ Robert H. Chappell, III
Robert H. Chappell, III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100
Co-Counsel for Credit Suisse AG

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2010, a copy of the foregoing sketch Order was served by U.S. Mail, First Class, postage prepaid or electronic means through the Court's ECF system or through email on the following, constituting all necessary parties:

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219
Robert.b.van.arsdale@usdoj.gov

Attn: Jay Epstein
White Birch Paper Company
80 Field Point Road
Greenwich, Connecticut 06830

Christopher J. Marcus, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
christopher.marcus@kirkland.com

Jonathan L. Hauser, Esq.
Troutman Sanders LLP
22 Central Park Avenue, Suite 2000
P.O. Box 61185
Virginia Beach, VA 23466-1185
Jonathan.hauser@troutmansanders.com

Angela L. Batterson, Esq.
King & Spalding
1185 Avenue of Americas
New York, NY 10036-4003
abatterson@kslaw.com

Benjamin B. Iselin, Esq.
McGuire Woods LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105-0106
biselin@mcguirewoods.com

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
stalmadge@kayescholer.com

/s/ Robert H. Chappell, III

PARTIES TO RECEIVE COPIES

David Heller, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834