Dion W. Hayes (VSB No. 34304)
Lori M. Scott (VSB No. 77304)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
(804) 775-1000

*Attorneys for The Toronto-Dominion Bank*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-31202 (DOT) |
| | ) | |
| Bear Island Paper Company, L.L.C., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears on behalf of The Toronto-Dominion Bank in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

> Dion W. Hayes
> Lori M. Scott
> McGUIREWOODS LLP
> One James Center
> 901 East Cary Street
> Richmond, Virginia 23219
> Telephone: (804) 775-1000
> Facsimile: (804) 775-1061
> E-Mail: dhayes@mcguirewoods.com
> E-Mail: lscott@mcguirewoods.com

1

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: Richmond, Virginia
      February 25, 2010               McGUIREWOODS LLP

By: /s/ Dion W. Hayes
Dion W. Hayes (VSB No. 34304)
Lori M. Scott (VSB No. 77340)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

*Attorneys for The Toronto-Dominion Bank*

# CERTIFICATE OF SERVICE

I, Dion W. Hayes, an attorney at McGuireWoods LLP, hereby certify that on February 25, 2010, a true and correct copy of this Notice of Appearance was served by delivery via ECF e-mail to all registered parties and by first class mail to the following:

Jonathan L. Hauser
TROUTMAN SANDERS LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462

Richard M. Cieri
Christopher J. Marcus
Michael A. Cohen
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611

/s Dion W. Hayes
Dion W. Hayes (VSB No. 34304)
Lori M. Scott (VSB No. 77304)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000

*Attorneys for The Toronto-Dominion Bank*