UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1-(E)(2)

In Case No. <u>10-31202-DOT,</u>*  Case Name <u>Bear Island Paper Company, L.L.C.</u>

PERSONAL STATEMENT

FULL NAME (no initials, please) <u>Christopher Marcus</u>
Identification Number <u>3014701</u> State <u>New York</u>
Firm Name <u>Kirkland & Ellis LLP</u>
Firm Phone # <u>(212) 446-4800</u> Direct Dial # <u>(212) 446-8478</u> FAX # <u>(212) 446-4900</u>
E-Mail Address <u>Christopher.marcus@kirkland.com</u>
Office Mailing Address <u>601 Lexington Avenue, New York, NY 10022</u>
Name(s) of federal court(s) in which I have been admitted <u>Southern District of New York</u>

I certify that the rules of the federal court in the district in which I maintain my office extend *pro hac vice* admission privilege to members of the bar of the Eastern District Court of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____   _____
Jonathan L. Hauser (Signature)       February 25, 2010

_____
Jonathan L. Hauser (Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

396507v1

Ver. 02/11/10 [effective 12/01/09]