<pre>
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF VIRGINIA
                            Richmond Division
</pre>

In re:                                    )
                                          )
Bear Island Paper Company, LLC            )        Case No. 10-31202-DOT
    Debtors                               )
    Chapter 11

## APPOINTMENT OF UNSECURED CREDITORS COMMITTEE

Pursuant to 11 U.S.C. §1102, the following creditors are hereby appointed by the United States Trustee to serve on the Official Committee of Unsecured Creditors of **Bear Island Paper Company, LLC.**

Rappahannock Electric Cooperative
Attn: Cynthia M. Spitler
247 Industrial Court (22408)
P.O. Box 7388
Fredericksburg, VA 22404-7388
Phone: 540-891-5980
Fax: 540-891-5991
Email: cspitler@myrec.coop

Voith Paper Fabrics & Rolls Systems, Inc.
Attn: Stephanie Vincent
Legal Department
2200 N. Roemer Road
Appleton, WI 54911
Phone: 920-358-2204
Fax: 920-731-1391
Email: stephanie.vincent@voith.com

CrossGlobe Transport
Attn: David C. Robertson
11023 Washington Hwy #150
Glen Allen, VA 23059
Phone: 804-412-4502
Fax: 804-550-2304
Email: drobertson@crossglobegroup.com

Hanover County
Attn: Rebecca Randolph
P.O. Box 470
7516 County Complex Road
Hanover, VA 23069-0470
Phone: 804-365-6035
Fax: 804-365-6302
Email: rbrandolph@co.hanover.va.us

Falling Creek Log Yard Inc.
Attn: Micelle Gilman
P.O. Box 644
Ashland, VA 23005
Phone: 804-798-6121
Fax: 804-798-6151
Email: fallingcrk@aol.com

W. CLARKSON MCDOW, JR.
UNITED STATES TRUSTEE FOR
REGION FOUR

Date: March 3, 2010             By: /s/ Robert B. Van Arsdale
                                    Robert B. Van Arsdale
                                    Assistant U.S. Trustee

Robert B. Van Arsdale, AUST (VBN 17483)
Shannon F. Pecoraro, Trial Attorney (VBN 46864)
Office of the United States Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219
Phone (804) 771-2310
Fax: (804) 771-2330

I hereby certify that a true copy of the foregoing Appointment of Unsecured Creditors Committee was served via electronic delivery, fax or first class mail, postage prepaid, this 3rd day of March 2010 to members of the committee as listed above, and counsel for the debtors.

/s/ Robert B. Van Arsdale
Robert B. Van Arsdale
Assistant U.S. Trustee