**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BEAR ISLAND PAPER COMPANY, L.L.C.,[1] | ) | Case No. 10-31202-DOT |
|  | ) |  |
| Debtor. | ) |  |
| _____ | ) |  |

## AFFIDAVIT OF SERVICE

|  |  |
|---|---|
| STATE OF ILLINOIS | ) |
|  | ) ss |
| COUNTY OF COOK | ) |

I, Melissa G. Melsher, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtor-in-possession (the "Debtor") in the above-captioned case. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2. On February 26, 2010, at the direction of Kirkland & Ellis, LLP ("Kirkland & Ellis"), proposed counsel for the Debtors, I caused a true and correct copy of the following documents to be served by e-mail or first class mail, postage prepaid, on the parties (Utilities) as set forth on the service lists annexed hereto as Exhibits A and B, respectively:

- Notice of and Motion of Bear Island Paper Company, L.L.C. for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 14];

- Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 59]; and

- Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Setting a Final Hearing [Docket No. 68].

---

[1] The last four digits of the Debtor's federal tax identification number are 0914. The principal address for the Debtor is 10026 Old Ridge Road, Ashland, Virginia 23005.

3.  On February 26, 2010, also at the direction of Kirkland & Ellis, I caused a true and correct copy of the following documents to be served by e-mail or first class mail, postage prepaid, on the parties on the Master Service List, as set forth on the service lists annexed hereto as Exhibits C and D, respectively :

- Order Authorizing, but not Directing, the Debtor to: (A) Continue Using Its Existing Cash Management System, Bank Accounts and Business Forms; (B) Maintain Existing Investment Practices; and (C) Continue Performing Ordinary Course Intercompany Transactions [Docket No. 34];

- Interim Order Authorizing, but not Directing, Debtor to Pay Prepetition (A) Wages, Salaries and Other Compensation, (B) Reimbursable Employee Expenses and (C) Employee Medical and Similar Benefits [Docket No. 43];

- Order Approving the Form and Manner of Notice of Commencement of Case [Docket No. 57];

- Order Setting an Expedited Hearing on "First Day Motions" and for Related Relief [Docket No. 58];

- Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 59];

- Order Authorizing, but not Directing, the Debtor to Maintain and Administer Customer Programs and Honor Prepetition Obligations Related Thereto [Docket No. 60];

- Order Authorizing, but not Directing, the Debtor to (A) Continue Insurance Coverage Entered Into Prepetition and (B) Maintain Postpetition Financing of Insurance Premiums [Docket No. 61];

- Interim Order Authorizing, but not Directing, the Debtor to Remit and Pay Certain Taxes and Fees [Docket No. 62];

- Order Authorizing, but not Directing, the Debtor to Pay Prepetition Claims of Shippers and Materialman's Lien Claimants [Docket No. 63];

- Order Granting the Debtor an Extension of Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases and Statement of Financial Affairs [Docket No. 64];

- Order Authorizing the Debtor to Employ and Retain The Garden City Group, Inc. as Notice, Claims and Solicitation Agent [Docket No. 65];

- Interim Order (I) Authorizing the Debtor to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing the Debtor's Limited Use

of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection to Prepetition Debt Lenders Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 66]; and

- Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Setting a Final Hearing [Docket No. 68].

4. On February 26, 2010, also at the direction of Kirkland & Ellis, I caused a true and correct copy of the following documents to be served by e-mail or overnight delivery on the parties (Bank parties) as set forth on the service lists annexed hereto as Exhibits E and F, respectively:

- Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 59];

- Order Authorizing, but not Directing, the Debtor to Maintain and Administer Customer Programs and Honor Prepetition Obligations Related Thereto [Docket No. 60];

- Order Authorizing, but not Directing, the Debtor to (A) Continue Insurance Coverage Entered Into Prepetition and (B) Maintain Postpetition Financing of Insurance Premiums [Docket No. 61];

- Interim Order Authorizing, but not Directing, the Debtor to Remit and Pay Certain Taxes and Fees [Docket No. 62];

- Order Authorizing, but not Directing, the Debtor to Pay Prepetition Claims of Shippers and Materialman's Lien Claimants [Docket No. 63]; and

- Interim Order (I) Authorizing the Debtor to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing the Debtor's Limited Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection to Prepetition Debt Lenders Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 66].

5. On February 26, 2010, also at the direction of Kirkland & Ellis, I caused a true and correct copy of the following documents to be served by e-mail or first class mail, postage prepaid, on the parties (Tax parties) as set forth on the service lists annexed hereto as Exhibits G and H, respectively:

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BEAR ISLAND PAPER COMPANY, L.L.C.,[1] | ) | Case No. 10-31202-DOT |
| | ) | |
| Debtor. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF COOK | ) |

I, Melissa G. Melsher, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtor-in-possession (the "Debtor") in the above-captioned case. Our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.      On February 26, 2010, at the direction of Kirkland & Ellis, LLP ("Kirkland & Ellis"), proposed counsel for the Debtor, I caused a true and correct copy of the following documents to be served by e-mail or first class mail, postage prepaid, on the parties (Utilities) as set forth on the service lists annexed hereto as Exhibits A and B, respectively:

- Notice of and Motion of Bear Island Paper Company, L.L.C. for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 14];

- Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 59]; and

- Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Setting a Final Hearing [Docket No. 68].

---

[1]      The last four digits of the Debtor's federal tax identification number are 0914. The principal address for the Debtor is 10026 Old Ridge Road, Ashland, Virginia 23005.

3.    On February 26, 2010, also at the direction of Kirkland & Ellis, I caused a true and correct copy of the following documents to be served by e-mail or first class mail, postage prepaid, on the parties on the Master Service List, as set forth on the service lists annexed hereto as Exhibits C and D, respectively :

- Order Authorizing, but not Directing, the Debtor to: (A) Continue Using Its Existing Cash Management System, Bank Accounts and Business Forms; (B) Maintain Existing Investment Practices; and (C) Continue Performing Ordinary Course Intercompany Transactions [Docket No. 34];

- Interim Order Authorizing, but not Directing, Debtor to Pay Prepetition (A) Wages, Salaries and Other Compensation, (B) Reimbursable Employee Expenses and (C) Employee Medical and Similar Benefits [Docket No. 43];

- Order Approving the Form and Manner of Notice of Commencement of Case [Docket No. 57];

- Order Setting an Expedited Hearing on "First Day Motions" and for Related Relief [Docket No. 58];

- Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 59];

- Order Authorizing, but not Directing, the Debtor to Maintain and Administer Customer Programs and Honor Prepetition Obligations Related Thereto [Docket No. 60];

- Order Authorizing, but not Directing, the Debtor to (A) Continue Insurance Coverage Entered Into Prepetition and (B) Maintain Postpetition Financing of Insurance Premiums [Docket No. 61];

- Interim Order Authorizing, but not Directing, the Debtor to Remit and Pay Certain Taxes and Fees [Docket No. 62];

- Order Authorizing, but not Directing, the Debtor to Pay Prepetition Claims of Shippers and Materialman's Lien Claimants [Docket No. 63];

- Order Granting the Debtor an Extension of Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases and Statement of Financial Affairs [Docket No. 64];

- Order Authorizing the Debtor to Employ and Retain The Garden City Group, Inc. as Notice, Claims and Solicitation Agent [Docket No. 65];

- Interim Order (I) Authorizing the Debtor to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing the Debtor's Limited Use

of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection to Prepetition Debt Lenders Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 66]; and

- Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Setting a Final Hearing [Docket No. 68].

4.      On February 26, 2010, also at the direction of Kirkland & Ellis, I caused a true and correct copy of the following documents to be served by e-mail or overnight delivery on the parties (Bank parties) as set forth on the service lists annexed hereto as Exhibits E and F, respectively:

- Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 59];

- Order Authorizing, but not Directing, the Debtor to Maintain and Administer Customer Programs and Honor Prepetition Obligations Related Thereto [Docket No. 60];

- Order Authorizing, but not Directing, the Debtor to (A) Continue Insurance Coverage Entered Into Prepetition and (B) Maintain Postpetition Financing of Insurance Premiums [Docket No. 61];

- Interim Order Authorizing, but not Directing, the Debtor to Remit and Pay Certain Taxes and Fees [Docket No. 62];

- Order Authorizing, but not Directing, the Debtor to Pay Prepetition Claims of Shippers and Materialman's Lien Claimants [Docket No. 63]; and

- Interim Order (I) Authorizing the Debtor to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing the Debtor's Limited Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection to Prepetition Debt Lenders Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 66].

5.      On February 26, 2010, also at the direction of Kirkland & Ellis, I caused a true and correct copy of the following documents to be served by e-mail or first class mail, postage prepaid, on the parties (Tax parties) as set forth on the service lists annexed hereto as Exhibits G and H, respectively:

- Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 59]; and

- Interim Order Authorizing, but not Directing, the Debtor to Remit and Pay Certain Taxes and Fees [Docket No. 62].

6.      On February 26, 2010, also at the direction of Kirkland & Ellis, I caused a true and correct copy of the following documents to be served by e-mail or first class mail, postage prepaid, on the parties (SEC parties) as set forth on the service lists annexed hereto as Exhibits I and J, respectively:

- Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 59]; and

- Interim Order (I) Authorizing the Debtor to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing the Debtor's Limited Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection to Prepetition Debt Lenders Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (IV) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 66].

_____
Melissa G. Melsher

Sworn to before me this 3rd day of
March, 2010

_____
Jeffrey C. Demma
Notary Public, State of Illinois
No. 70197503N
Qualified in Will County
Commission Expires:  December 1, 2010

"OFFICIAL SEAL"
JEFFREY C. DEMMA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/1/2010

# EXHIBIT A

RAPPAHANNOCK ELECTRIC COOPERATIVE
ATTN: LARRY ANDREWS
PO BOX 7388
FREDERICKSBURG VA 22404
email: bbarnett@myrec.coop

# EXHIBIT B

ACC BUSINESS INC
400 WEST AVENUE
ROCHESTER NY 14611

ALLIED WASTE (BFI WASTE)
2490 CHARLES CITY ROAD
RICHMOND VA 23231

BRUCE LAND MANAGEMENT LLC
11374 MT HOPE CHURCH ROAD
DOSWELL VA 23047

CENTURYLINK
100 CENTURYLINK DRIVE
MONROE LA 71203

COMPASS ENERGY SERVICES LLC
1200 SMITH STREET
SUITE 900
HOUSTON TX 77002

EARTHLINK, INC
P O BOX 6452
CAROL STREAM IL 60197-6452

HANOVER COUNTY PUBLIC UTILITIE-WATER
7516 COUNTY COMPLEX ROAD
HANOVER VA 23069

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
COUNSEL FOR RAPPAHANNOCK ELECTRIC
ATTN: R JOHNSON III & J CRAIG
2258 WHEATLANDS DRIVE
MANAKIN-SABOT VA 23103

RAPPAHANNOCK ELECTRIC COOPERATIVE
ATTN: LARRY ANDREWS
PO BOX 7388
FREDERICKSBURG VA 22404

VIRGINIA NATURAL GAS INC.
150 WEST MAIN STREET
NORFOLK VA 23510

# EXHIBIT C

BADEN TAX MANAGEMENT, LLC
6920 INVERNESS WAY
SUITE 300
FORT WAYNE IN 46804
email: info@badentax.com

BRENNTAG SOUTHEAST, INC.
200 E. PETTIGREW ST.
DURHAM NC 27703
email: gsteadman@brenntag.com

C.H. ROBINSON WORLDWIDE, INC.
14701 CHARLSON ROAD
EDEN PRAIRIE MN 55347
email: kevin.six@chrobinson.com

CREDIT SUISSE, TORONTO BRANCH
ONE FIRST CANADIAN PLACE
PO BOX 301, SUITE 3000
TORONTO ON M4X 1C9 CANADA
email: philip.staddon@credit-suisse.com

CREDIT SUISSE-FIRST LIEN TERM LOAN
GLOBAL RECOVERY MANAGEMENT
JEFFREY SALZMAN & DIDIER SIFFER
11 MADISON AVENUE, 10TH FLOOR
NEW YORK NY 10010
email: jeffrey.salzman@credit-suisse.com; didier.siffer@credit-suisse.com

CREDIT SUISSE-FIRST LIEN TERM LOAN AGENT
GLOBAL RECOVERY MANAGEMENT
ATTN: JEFFREY SALZMAN & DIDIER SIFFER
11 MADISON AVENUE, 10TH FLOOR
NEW YORK NY 10010
email: jeffrey.salzman@credit-suisse.com; didier.siffer@credit-suisse.com

CROSSGLOBE TRANSPORT LTD
11023 WASHINGTON HIGHWAY
SUITE 150
GEN ALLEN VA 23059
email: bfranks@CrossGlobeGroup.com

DEWEY & LEBOEUF
GARY APFEL
333 SOUTH GRAND AV
STE 2600
LOS ANGELES CA 90071-1530
email: gapfel@dl.com

ERNST & YOUNG INC.
JEAN-DANIEL BRETON
800, BOUL. RENÉ-LÉVESQUE O.
BUREAU 1900
MONTRÉAL QC H3B 1X9 CANADA
email: Jean-Daniel.Breton@ca.ey.com

GE CAPITAL (FIRST LIEN ABL AGENT)
ATTN: DAN BILLARD & JENNIFER GUERARD
123 FRONT STREET
SUITE 1400
TORONTO, ON M5J 2M2
email: dan.billard@ge.com, jennifer.guerard@ge.com

GENERAL ELECTRIC CAPITAL CORP
ABL
500 WEST MONROE STREET
CHICAGO IL 60661
email: dan.billard@ge.com; jennifer.guerard@ge.com

HANOVER COUNTY PUBLIC UTILITIES-WATER
7516 COUNTY COMPLEX RD
HANOVER VA 23069
email: publicutilities@co.hanover.va.us

KAYE SCHOLER LLP
ATTN: SCOTT D. TALMADGE, ESQ
425 PARK AVENUE
NEW YORK NY 10022-3598
email: stalmadge@kayescholer.com

KELLEY DRYE & WARREN LLP
PAM BRUZZESE-SZCZYGIE
101 PARK AVENUE
NEW YORK NY 10178
email: pbruzzese-szczygiel@kelleydrye.com

KING & SPAULDING LLP
ANGELA L. BATTERSON
1185 AVENUE OF THE AMERICAS
NEW YORK NY 10036-4003
email: abatterson@kslaw.com

KIRKLAND & ELLIS LLP
CHRISTOPHER J. MARCUS
601 LEXINGTON AVENUE
NEW YORK NY 10022-4611
email: christopher.marcus@kirkland.com

MCGUIRE WOODS LLP
BENJAMIN D. ISELIN
1345 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK NY 10105-0106
email: biselin@mcguirewoods.com

MERRILL LYNCH, PIERCE,
FENNER & SMITH INC
ATTN: STEVE QUINE
4 WORLD FINANCIAL CENTER, 22ND FL
NEW YORK NY 10080
email: stephen_quine@ml.com

OFFICE OF THE U.S. TRUSTEE
ROBERT VAN ARSDALE
701 EAST BROAD STREET
SUITE 4304
RICHMOND VA 23219
email: Robert.B.Van.Arsdale@usdoj.gov

OSLER, HOSKIN & HARCOURT LLP
ATTN: ETIENNE MASSICOTTE
1000 DE LA GAUCHETIERE ST W
STE 2100
MONTREAL H3B 4W5, QUEBEC CANADA
email: sabitan@osler.com

RAPPAHANNOCK ELECTRIC COOPERATIVE
ATTN: LARRY ANDREWS
247 INDUSTRIAL COURT
FREDERICKSBURG VA 22404
email: bbarnett@myrec.coop

SECRETARY OF TREASURY
P.O. BOX 570
RICHMOND VA 23218-0570
email: Evie.Whitley@trs.virginia.gov

SECURITIES & EXCHANGE COMMISSION
ATTN: DANIEL M. HAWKE
PHILADELPHIA REGIONAL OFFICE
701 MARKET STREET
PHILADELPHIA PA 19106-1532
email: philadelphia@sec.gov

THE GARDEN CITY GROUP
ATTN: MELISSA MELSHER
190 S LASALLE ST
STE 1520
CHICAGO IL 60603
email: melissa.melsher@gardencitygroup.com

TORONTO DOMINION (TEXAS) LLC
ATTN: AMY JOSEPHSON
77 KING ST W
18TH FL
TORONTO M5K 1A2, ONTARIO CANADA
email: amy.josephson@tdsecurities.com

WELLS FARGO BANK
VITO J. IACOVAZZI, SENIOR VICE PRESIDENT
213 COURT STREET
MIDDLETOWN CT 06457
email: Vito.J.Iacovazzi@wellsfargo.com

WHITE BIRCH PAPER COMPANY
JAY EPSTEIN
80 FIELD POINT ROAD
GREENWICH CT 06830
email: jayepstein@whitebirchpaper.com

# EXHIBIT D

BADEN TAX MANAGEMENT, LLC
6920 INVERNESS WAY
SUITE 300
FORT WAYNE, IN 46804

BRENNTAG SOUTHEAST, INC.
200 E. PETTIGREW ST.
DURHAM, NC 27703

C.H. ROBINSON WORLDWIDE, INC.
14701 CHARLSON ROAD
EDEN PRAIRIE, MN 55347

CANUSA HERSHMAN RECYCLING, L.L.C
1532 THAMES STREET
BALTIMORE, MD 21231

CASCADES SONOCO, INC.
170 CLEAGE DRIVE
BIRMINGHAM, AL 35217

CHEMTRADE PERFORMANCE CHEMICALS LLC
814 TYVOLA ROAD
SUITE 126
CHARLOTTE, NC 28217

CREDIT SUISSE, TORONTO BRANCH
ONE FIRST CANADIAN PLACE
PO BOX 301, SUITE 3000
TORONTO ON M4X 1C9 CANADA

CREDIT SUISSE-FIRST LIEN TERM LOAN
GLOBAL RECOVERY MANAGEMENT
JEFFREY SALZMAN & DIDIER SIFFER
11 MADISON AVENUE, 10TH FLOOR
NEW YORK, NY 10010

CREDIT SUISSE-FIRST LIEN TERM LOAN AGENT
GLOBAL RECOVERY MANAGEMENT
ATTN: JEFFREY SALZMAN & DIDIER SIFFER
11 MADISON AVENUE, 10TH FLOOR
NEW YORK, NY 10010

CROSSGLOBE TRANSPORT LTD
11023 WASHINGTON HIGHWAY
SUITE 150
GEN ALLEN, VA 23059

DEWEY & LEBOEUF
GARY APFEL
333 SOUTH GRAND AV
STE 2600
LOS ANGELES, CA 90071-1530

ERNST & YOUNG INC.
JEAN-DANIEL BRETON
800, BOUL. RENÉ-LÉVESQUE O.
BUREAU 1900
MONTRÉAL QC H3B 1X9 CANADA

FALLING CREEK LOG & LUMBER COMPANY
13280 FERN RUN ROAD
MONTPELIER, VA 23192

FCR/BMR, LLC
809 W. HILL ST.
CHARLOTTE, NC 28208

FLEMING SOUTHERN
1275 OLD BELTWAY
RURAL HALL, NC 27045-9407

GE CAPITAL (FIRST LIEN ABL AGENT)
ATTN: DAN BILLARD & JENNIFER GUERARD
123 FRONT STREET
SUITE 1400
TORONTO, ON M5J 2M2

GENERAL ELECTRIC CAPITAL CORP
ABL
500 WEST MONROE STREET
CHICAGO, IL 60661

HANOVER COUNTY PUBLIC UTILITIES-WATER
7516 COUNTY COMPLEX RD
HANOVER, VA 23069

INTERNAL REVENUE SERVICE
400 NORTH EIGHTH STREET
ROOM 989
RICHMOND, VA 23240

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
11601 ROOSEVELT RD
MAIL DROP N781
PHILADELPHIA, PA 19114

INTERNAL REVENUE SERVICE
INTERNAL REVENUE SERVICE
P.O. BOX 10025
ROM 898
RICHMOND, VA 21240

INTERNATIONAL PAPER
6400 POPLAR AVENUE
MEMPHIS, TN 38197

INTERNATIONAL PAPER
6400 POPLAR AVENUE
MEMPHIS, TN 38197

KAYE SCHOLER LLP
ATTN: SCOTT D. TALMADGE, ESQ
425 PARK AVENUE
NEW YORK, NY 10022-3598

KELLEY DRYE & WARREN LLP
PAM BRUZZESE-SZCZYGIE
101 PARK AVENUE
NEW YORK, NY 10178

KING & SPAULDING LLP
ANGELA L. BATTERSON
1185 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-4003

KIRKLAND & ELLIS LLP
CHRISTOPHER J. MARCUS
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611

MCGUIRE WOODS LLP
BENJAMIN D. ISELIN
1345 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY 10105-0106

MERRILL LYNCH, PIERCE,
FENNER & SMITH INC
ATTN: STEVE QUINE
4 WORLD FINANCIAL CENTER, 22ND FL
NEW YORK, NY 10080

NALCO CO
1978 ASTER ROAD
MACUNGIE, PA 18068

OSLER, HOSKIN & HARCOURT LLP
ATTN: ETIENNE MASSICOTTE
1000 DE LA GAUCHETIERE ST W
STE 2100
MONTREAL H3B 4W5, QUEBEC CANADA

RAPPAHANNOCK ELECTRIC COOPERATIVE
ATTN: LARRY ANDREWS
247 INDUSTRIAL COURT
FREDERICKSBURG, VA 22404

RAPPAHANNOCK ELECTRIC COOPERATIVE
RAPPAHANNOCK ELECTRIC COOPERATIVE
ATTN: BRUCE BARNETT
247 INDUSTRIAL COURT
FREDERICKSBURG, VA 22408

RECYCLE AMERICA/ALLIANCE, LLC
13707 S JEFFERY AVE
CHICAGO, IL 60633-2343

SECRETARY OF STATE - VIRGINIA
ONE CAPITOL SQUARE BLDG.
830 E. MAIN ST., 14TH FLOOR
RICHMOND, VA 23219

SECRETARY OF TREASURY
P.O. BOX 570
RICHMOND, VA 23218-0570

SECURITIES & EXCHANGE COMMISSION
ATTN: DANIEL M. HAWKE
PHILADELPHIA REGIONAL OFFICE
701 MARKET STREET
PHILADELPHIA, PA 19106-1532

SECURITIES & EXCHANGE COMMISSION
ATTN: MARY F. SHAPIRO
100 F STREET NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION
ATTN: MICHAEL A. BERMAN, ESQ.
BANKRUPTCY UNIT
450 FIFTH ST. NW
WASHINGTON, DC 20549

SP RECYCLING CORP.-PRINCE WM. DIV.
14811 DUMFRIES ROAD
DUMFRIES, VA 22026

SP RECYCLING CORP.-RICHMOND DIV.
4259 CAROLINA AVENUE
RICHMOND, VA 23222

THE GARDEN CITY GROUP
ATTN: MELISSA MELSHER
190 S LASALLE ST
STE 1520
CHICAGO, IL 60603

TORONTO DOMINION (TEXAS) LLC
ATTN: AMY JOSEPHSON
77 KING ST W
18TH FL
TORONTO M5K 1A2, ONTARIO CANADA

U.S. DEPT. OF JUSTICE
U.S. ATTORNEY GENERAL
TONY WEST
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530

UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF VIRGINIA
600 MAIN STREET
SUITE 1800
RICHMOND, VA 23219-2447

VOITH FABRICS
3040 BLACK CREEK ROAD
WILSON, NC 27893

VOITH PAPER FABRIC & ROLL SYSTEM
5311 I-20 SERVICE ROAD
WEST MONROE, LA 71292-0785

WELLS FARGO BANK
VITO J. IACOVAZZI, SENIOR VICE PRESIDENT
213 COURT STREET
MIDDLETOWN, CT 06457

WHITE BIRCH PAPER COMPANY
JAY EPSTEIN
80 FIELD POINT ROAD
GREENWICH, CT 06830

# EXHIBIT E

HSBC BANK
JOHN HETSKO, MEGAN M. LEITZINGER
30 SOUTH PEARL STREET, 5TH FLOOR
ALBANY, NY  12207
john.x.hetsko@us.hsbc.com, megan.m.leitzinger@us.hsbc.com

HSBC BANK CANADA
TIM D'ARNE
1 ADELAIDE STREET EAST
2ND FLOOR
TORONTO ONTARIO M5C 2V9
tim_d'arne@hsbc.ca

HSBC BANK USA
TYLER M. HORTON
95 WASHINGTON STREET, ATRIUM 4N
BUFFALO, NY  14273
tyler.m.horton@us.hsbc.com

SUNTRUST BANK
ROBERT MADDOX
303 PEACHTREE STREET, NE
10TH FLOOR
ATLANTA, GA  30308
rob.maddox@suntrust.com

HSBC BANK CANADA
O. CHARRON, J. RAYMOND, M. POITRAS
2001 MCGILL COLLEGE AVENUE
SUITE 300
MONTEAL QC H3A 1G1
olivier_charron@hsbc.ca, jonathan_raymond@hsbc.ca,
michel_poitras@hsbc.ca

HSBC BANK CANADA
P. DUSSAULT, M. CERONE, J. RANGER
2001 MCGILL COLLEGE AVENUE, STE 300
MONTREAL QC H3A 1G1
pierre_dussault@hsbc.ca, mario_cerone@hsbc.ca, julie_ranger@hsbc.ca

HSBC BANK USA, N.A.
FLORENCE PARDI, AMANDA STOCKWELL
ONE HSBC CENTER, 20TH FLOOR
BUFFALO, NY  14203
florence.pardi@us.hsbc.com, amanda.stockwell@us.hsbc.com

# EXHIBIT F

HSBC BANK
JOHN HETSKO, MEGAN M. LEITZINGER
30 SOUTH PEARL STREET, 5TH FLOOR
ALBANY, NY  12207

HSBC BANK CANADA
TIM D'ARNE
1 ADELAIDE STREET EAST
2ND FLOOR TORONTO ON M5C 2V9

HSBC BANK USA
TYLER M. HORTON
95 WASHINGTON STREET, ATRIUM 4N
BUFFALO, NY  14273

SUNTRUST BANK
25 PARK PLACE
ATLANTA, GA  30303

HSBC BANK CANADA
P. DUSSAULT, M. CERONE, J. RANGER
2001 MCGILL COLLEGE AVENUE, STE 300
MONTREAL QC H3A 1G1

HSBC BANK CANADA
O. CHARRON, J. RAYMOND, M. POITRAS
2001 MCGILL COLLEGE AVENUE
SUITE 300 MONTEAL QC H3A 1G1

HSBC BANK USA, N.A.
FLORENCE PARDI, AMANDA STOCKWELL
ONE HSBC CENTER, 20TH FLOOR
BUFFALO, NY  14203

SUNTRUST BANK
ROBERT MADDOX
303 PEACHTREE STREET, NE
10TH FLOOR
ATLANTA, GA  30308

# EXHIBIT G

HANOVER COUNTY
M. SCOTT MILLER, TREASURER
PO BOX 91754
RICHMOND VA 23291-1754
email: Treasurer@co.hanover.va.us

TREASURER OF GLOUCESTER COUNTY
6489 MAIN STREET
GLOUCESTER VA 23061-6102
email: treasurer@gloucesterva.info

TREASURER OF RICHMOND COUNTY
EDITH A. SANDERS, TREASURER
101 COURT CIRCLE
P.O. BOX 400
WARSAW VA 22572
email: treasurer@co.richmond.va.us

VIRGINIA DEPARTMENT OF TREASURY
MANJU GANERIWALA
JAMES MONROE BLDG; 3RD FL
101 NORTH 14TH STREET
RICHMOND VA 23219
email: kathi.scearce@trs.virginia.gov

VIRGINIA DEPT OF ENVIRONMENTAL QUAL
OFFICE OF FINANCE
629 EAST MAIN STREET
RICHMOND VA 23219
email: david.paylor@deq.virginia.gov

# EXHIBIT H

HANOVER COUNTY
M. SCOTT MILLER, TREASURER
PO BOX 91754
RICHMOND VA 23291-1754

TREASURER OF CAROLINE COUNTY
P.O. BOX 431
212 NORTH MAIN STREET
BOWLING GREEN VA 22427

TREASURER OF GLOUCESTER COUNTY
6489 MAIN STREET
GLOUCESTER VA 23061-6102

TREASURER OF RICHMOND COUNTY
EDITH A. SANDERS, TREASURER
101 COURT CIRCLE
P.O. BOX 400
WARSAW VA 22572

VIRGINIA DEPARTMENT OF TAXATION
3600 WEST BROAD STREET
RICHMOND VA 23230-4915

VIRGINIA DEPARTMENT OF TREASURY
MANJU GANERIWALA
JAMES MONROE BLDG; 3RD FL
101 NORTH 14TH STREET
RICHMOND VA 23219

VIRGINIA DEPT OF ENVIRONMENTAL QUAL
OFFICE OF FINANCE
629 EAST MAIN STREET
RICHMOND VA 23219

# EXHIBIT I

BLACK DIAMOND
100 N FIELD DR
LAKE FOREST IL 60045
email: les@bdcm.com, sziemke@bdcm.com

DUNE CAPITAL MANAGEMENT
623 5TH AVE
NEW YORK NY 10022
email: steven.mnuchin@dunecapital.com, andrew.cohen@dunecapital.com,
naomi.wong@dunecapital.com

KINGSLAND CAPITAL
1325 AVENUE OF THE AMERICAS
27TH FL
NEW YORK NY 10019
email: fuhrman@kingslandcap.com, vanschaick@kingslandcap.com

MORGAN STANLEY INVESTMENT MANAGEMENT
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020
email: jonathan.rabinowitz@morganstanley.com, michael.bernard@morganstanley.com

MOUNTAIN CAPITAL
787 7TH AV
49TH FL
NEW YORK NY 10019
email: michael.storms@mountainclo.com

# EXHIBIT J

ANDRITZ INC.
1115 NORTHMEADOW PKWY
ROSWELL, GA 30076

BLACK DIAMOND
100 N FIELD DR
LAKE FOREST, IL 60045

BORDEN LADNER GERVAIS LLP
ATTN: KEN ATLAS
1000 DE LA GAUCHETIERE OUEST
STE 900
MONTREAL H3B 5H4, QUEBEC CANADA

CASPIAN
ATTN: GEOFFREY GRIBLING
780 3RD AV
NEW YORK, NY 10017-2024

CATERPILLAR FINANCIAL SERVICES
2120 WEST END AV
NASHVILLE, TN 37203-0986

CS ALTERNATIVE CAPITAL MANAGEMENT
111 MONUMENT CIR
STE 3550
INDIANAPOLIS, IN 46204

DUNE CAPITAL MANAGEMENT
623 5TH AVE
NEW YORK, NY 10022

GE CANADA FINANCE HOLDING COMPANY
ATTN: BRANT PAPER, ACCOUNT MANAGER
11 KING ST W
STE 1500
TORONTO M5H 4C7, ONTARIO CANADA

HEENAN BLAIKIE LLP
ATTN: KEN ATLAS
IBM BUILDING, 1250 RENE-LEVESQUE OUEST
STE 2500
MONTREAL H3B 4Y1, QUEBEC CANADA

KINGSLAND CAPITAL
1325 AVENUE OF THE AMERICAS
27TH FL
NEW YORK, NY 10019

MORGAN STANLEY
1585 BROADWAY
NEW YORK, NY 10036

MORGAN STANLEY INVESTMENT MANAGEMENT
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

MOUNTAIN CAPITAL
787 7TH AV
49TH FL
NEW YORK, NY 10019

NMHG FINANCIAL SERVICES, INC.
10 RIVERVIEW DR
DANBURY, CT 06810

TD SECURITIES (USA) LLC
ATTN: MIKE WELLINGTON
31 WEST 52ND ST
NEW YORK, NY 10019

THE TORONTO-DOMINION BANK
ATTN: MICHAEL A. FREEMAN
77 KING ST W
18TH FL
TORONTO M5K 1A2, ONTARIO CANADA