**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| BEAR ISLAND PAPER COMPANY, L.L.C., ) | Case No. 10-31202 (DOT) |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors of Bear Island Paper Company, L.L.C. (the "Committee") hereby appears in the above-captioned case by its proposed counsel, Hunton & Williams LLP.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and section 342 of the Bankruptcy Code, the undersigned counsel requests that their names be added to the mailing list maintained by the Clerk in the above-captioned case and that all notices given or required to be given in this case and all papers served or required to be served in this case, be given and be served upon the following:

Tyler P. Brown, Esq.
Benjamin C. Ackerly, Esq.
Jason W. Harbour, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Tel: (804) 788-8674
Fax: (804) 788-8218
tpbrown@hunton.com
backerly@hunton.com@hunton.com
jharbour@hunton.com

*Proposed Counsel for the Official Committee of Unsecured*
*Creditors of Bear Island Paper Company, L.L.C.*

Tyler P. Brown, Esq.
Benjamin C. Ackerly, Esq.
Jason W. Harbour, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Tel: (804) 788-8674
Fax: (804) 788-8218
tpbrown@hunton.com
backerly@hunton.com
jharbour@hunton.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notice of any application, motion, petitions, pleading request, complaints, demands, disclosure statement, plan of reorganization and answering or reply briefs, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall constitute a waiver of the Committee's (1) right to have final orders in non-core matters entered only after *de novo* review by the United States District Court Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) right to have the United States District Court withdraw the reference in any manner or proceeding subject to mandatory or discretional withdrawal; and (4) other rights, claims, actions, defenses, setoffs, and recoupment to which the Committee is or may be entitled under any agreements, in law, or in equity. All of the above rights are expressly

reserved by the Committee without exception, and without conceding jurisdiction in any way by this filing or by any other participation in this bankruptcy case.

Dated: Richmond, Virginia
       March 6, 2010

                HUNTON & WILLIAMS LLP

                /s/ *Jason W. Harbour*
                Tyler P. Brown, Esq. (VSB No. 28072)
                Benjamin C. Ackerly, Esq. (VSB No. 09120)
                Jason W. Harbour, Esq. (VSB No. 68220)
                Riverfront Plaza, East Tower
                951 East Byrd Street
                Richmond, Virginia 23219
                Tel: (804) 788-8674
                Fax: (804) 788-8218
                Email: tpbrown@hunton.com
                        backerly@hunton.com
                        jharbour@hunton.com

                *Proposed Counsel for the Official Committee of Unsecured Creditors of Bear Island Paper Company, LLC*