DEWEY & LEBOEUF LLP
1101 New York Avenue, NW
Washington, D.C. 20005-4213
Telephone: (202) 346-8000
Facsimile: (202) 346-8102
John K. Warren (VSB #75550)

1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Martin J. Bienenstock, *pro hac vice admission pending*
Timothy Q. Karcher, *pro hac vice admission pending*
Arielle Kane, *pro hac vice admission pending*

*Counsel to the Majority Second Lien Lenders
to White Birch Paper Company*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re: | |
| BEAR ISLAND PAPER COMPANY, L.L.C.,[1] | Case Number: 10-31202-DOT |
| Debtor. | Chapter 11 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears on behalf of The Majority Second Lien Lenders to White Birch Paper Company in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

---

[1] The last four digits of the Debtor's federal tax identification number are 0914. The principal address for the Debtor is 10026 Old Ridge Road, Ashland, Virginia 23005.

John K. Warren, Esq.
DEWEY & LEBOEUF LLP
1101 New York Avenue, NW
Washington, D.C. 20005-4213
Telephone: (202) 346-8000
Facsimile: (202) 346-8102
Email: jwarren@dl.com

Martin J. Bienenstock, Esq.
Timothy Karcher, Esq.
Arielle Kane, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 632-0826
Email: mbienenstock@dl.com
Email: tkarcher@dl.com
Email: akane@dl.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the abovementioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: March 10, 2010  Respectfully Submitted,
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　/s/ John K. Warren_____
　　　　　　　　　　　　　　　　　　John K. Warren (VSB #75550)
　　　　　　　　　　　　　　　　　　DEWEY & LEBOEUF LLP
　　　　　　　　　　　　　　　　　　1101 New York Ave, NW
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-4213
　　　　　　　　　　　　　　　　　　Telephone: (202) 346-8000
　　　　　　　　　　　　　　　　　　Facsimile: (202) 346-8102
　　　　　　　　　　　　　　　　　　Email:　　jwarren@dl.com

　　　　　　　　　　　　　　　　　　*Counsel to the Majority Second Lien*
　　　　　　　　　　　　　　　　　　*Lenders to White Birch Paper Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2010, a copy of the foregoing Notice of Appearance was served by U.S. Mail, First Class, postage prepaid, or by electronic means through the Court's ECF system or email on the following, constituting all necessary parties:

Jonathan L. Hauser, Esq.
Troutman Sanders LLP
22 Central Park Avenue, Suite 2000
P.O. Box 61185
Virginia Beach, VA 23466-1185
Jonathan.hauser@troutmansanders.com
*Co-Counsel to Debtor Bear Island Paper Company, LLC*

Heather Hays Lockerman, Esq.
Troutman Sanders LLP
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
heather.lockerman@troutmansanders.com
*Co-Counsel to Debtor Bear Island Paper Company, LLC*

Christopher J. Marcus, Esq.
Richard M. Cieri, Esq.
Michael A. Cohen, Esq.
Adam Goldstein, Esq.
Richard M. Goldman, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
christopher.marcus@kirkland.com
richard.cieri@kirkland.com
michael.a.cohen@kirkland.com
adam.goldstein@kirkland.com
richard.goldman@kirkland.com
*Co-Counsel to Debtor Bear Island Paper Company, LLC*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov
*United States Trustee*

Edward D. Sherrick
Brant Industries
80 Field Point Road, 3rd Floor
Greenwich, CT 06830
*Debtor Designee*

Jason William Harbour, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd St.
Richmond, VA 23219
jharbour@hunton.com
*Counsel to the Official Committee of Unsecured Creditors of Bear Island Paper Co.*

David Heller, Esq.
Keith A. Simon, Esq.
Adam J. Goldberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
david.heller@lw.com
keith.simon@lw.com
adam.goldberg@lw.com
*Co-Counsel to Credit Suisse AG*

Robert H. Chappell, III, Esq.
Neil E. McCullagh, Esq.
Jennifer J. West, Esq.
Erin E. Kessel, Esq.
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
rchappell@spottsfain.com
nmccullagh@spottsfain.com
jwest@spottsfain.com
ekessel@spottsfain.com
*Co-Counsel to Credit Suisse AG*

Peter G. Zemanian, Esq.
Zemanian Law Group
150 Boush Street, Suite 600
Norfolk, Virginia 23510
pete@zemanianlaw.com
*Counsel to Suffolk Sales and Service Corporation*

Dion W. Hayes, Esq.
Lori M. Scott, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com
lscott@mcguirewoods.com
*Counsel to The Toronto-Dominion Bank*

Rebecca B. Randolph, Esq.
Assistant County Attorney
Hanover County
Post Office Box 470
7516 County Complex Road
Hanover, Virginia 23069-0470
rbrandolph@co.hanover.va.us
*Counsel to Hanover County Attorney's Office*

Jay Epstein
White Birch Paper Company
80 Field Point Road
Greenwich, Connecticut 06830
jepstein@whitebirchpaper.com

Angela L. Batterson, Esq.
King & Spalding
1185 Avenue of Americas
New York, NY 10036-4003
abatterson@kslaw.com

Benjamin B. Iselin, Esq.
McGuire Woods LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105-0106
biselin@mcguirewoods.com

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
stalmadge@kayescholer.com

/s/ John K. Warren_____