Shari D. Williams, Attorney (NJ 013982009)
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020, ext. 6845
Fax: (202) 326-4112
Emails: williams.shari@pbgc.gov and efile@pbgc.gov

Attorney for Creditor Pension Benefit Guaranty Corporation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BEAR ISLAND PAPER COMPANY, L.L.C., ) | Case No. 10-31202-DOT |
| ) | |
| Debtor. ) | Honorable Douglas O. Tice Jr. |
| ) | |

**NOTICE OF APPEARANCE FOR**
**UNITED STATES GOVERNMENT ATTORNEY SHARI D. WILLIAMS**

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), a wholly-owned United States Government Corporation under 29 U.S.C. § 1302, an agency of the United States Government under 28 U.S.C. § 451 and 11 U.S.C. § 101(27), a creditor under 11 U.S.C. § 101(10), and a party in interest in the above-captioned case under 11 U.S.C. § 1109(b), hereby files this notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and L.B.R. 2090-1(E)(3), and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned case and debtor be given to and served upon PBGC as listed below.

This request includes, <u>inter</u> <u>alia</u>, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, <u>ex parte</u> or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after <u>de novo</u> review by a district court, (ii) to trial by jury in any proceedings so triable in this case or in any controversy or proceeding related to this case, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

DATED: March 12, 2010
        Washington, D.C.

Respectfully Submitted,

<u>/s/ Shari D. Williams</u>
Shari D. Williams, Attorney (NJ 013982009)
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: (202) 326-4020, ext. 6845
Fax: (202) 326-4112
Emails: williams.shari@pbgc.gov and
       efile@pbgc.gov