IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: BEAR ISLAND PAPER COMPANY LLC,

              Debtor.

Case No. 10-31202-DOT
Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

WM Recycle America, LLC, files this Notice of Appearance and Request for Notice, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure. WM Recycle America, LLC is an interested party and requests that copies of all notices and papers filed in this case, including any notices required to be served under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served on the following person at the address indicated below:

    Peter J. Barrett, Esquire (VSB No. 46179)
    Matthew J. Kurz (VSB No. 77641)
    Kutak Rock LLP
    1111 East Main Street, Suite 800
    Richmond, VA 23219-3500
    (804) 644-1700
    (804) 783-6192 (Facsimile)
    peter.barrett@kutakrock.com
    matthew.kurz@kutakrock.com

**WM RECYCLE AMERICA, LLC**

By: /s/ Peter J. Barrett
        Counsel

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court, I certify under penalty of perjury that on the 15th day of March 2010, a true and exact copy of the foregoing Notice was served on all necessary parties via the court's ECF system.

/s/ Peter J. Barrett
    Counsel

4840-5084-7237.1