# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BEAR ISLAND PAPER COMPANY, L.L.C., | ) | Case No. 10-31202 (DOT) |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## NOTICE OF AMENDED EXHIBIT

**PLEASE TAKE NOTICE THAT** the Official Committee of Unsecured Creditors of Bear Island Paper Company, L.L.C. (the "Committee") has received informal comments from Bear Island Paper Company, L.L.C. (the "Debtor") regarding the *Motion of The Official Committee of Unsecured Creditors for an Order Clarifying Requirement to Provide Access to Confidential or Privileged Information* [Docket No. 113] (the "Motion").[1]

**PLEASE TAKE FURTHER NOTICE THAT** the Proposed Order has been revised and is now acceptable to the Debtor.

**PLEASE TAKE FURTHER NOTICE THAT** a copy of the revised Proposed Order is attached hereto as **Exhibit A**, and that a redline of the Proposed Order, which identifies the

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in Motion.

Benjamin C. Ackerly, Esq.
Tyler P. Brown, Esq.
Jason W. Harbour, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Tel: (804) 788-8674
Fax: (804) 788-8218
backerly@hunton.com
tpbrown@hunton.com
jharbour@hunton.com

*Proposed Counsel for the Official Committee of Unsecured Creditors of Bear Island Paper Company, L.L.C.*

revisions to the version of the Proposed Order filed with the Motion, is attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated: Richmond, Virginia<br>March 18, 2010 | HUNTON & WILLIAMS LLP<br><br>_/s/ Jason W. Harbour_<br>Tyler P. Brown, Esq. (VSB No. 28072)<br>Benjamin C. Ackerly, Esq. (VSB No. 09120)<br>Jason W. Harbour, Esq. (VSB No. 68220)<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219<br>Tel: (804) 788-8674<br>Fax: (804) 788-8218<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors of Bear Island Paper Company, LLC* |