<pre>
                    UNITED STATES BANKRUPTCY COURT
                       EASTERN DISTRICT OF VIRGINIA
                             Richmond Division
</pre>

In re:                                    )
                                          )
Bear Island Paper Company, LLC            )     Case No. 10-31202-DOT
    Debtors                               )
    Chapter 11

## AMENDED APPOINTMENT OF UNSECURED CREDITORS COMMITTEE

      Pursuant to 11 U.S.C. §1102, the following creditors are hereby appointed by the United States Trustee to serve on the Official Committee of Unsecured Creditors of **Bear Island Paper Company, LLC.**

Rappahannock Electric Cooperative
Attn: Cynthia M. Spitler
247 Industrial Court (22408)
P.O. Box 7388
Fredericksburg, VA 22404-7388
Phone: 540-891-5980
Fax: 540-891-5991
Email: cspitler@myrec.coop

Voith Paper Fabrics & Rolls Systems, Inc.
Attn: Stephanie Vincent
Legal Department
2200 N. Roemer Road
Appleton, WI 54911
Phone: 920-358-2204
Fax: 920-731-1391
Email: stephanie.vincent@voith.com

Hanover County
Attn: Rebecca Randolph
P.O. Box 470
7516 County Complex Road
Hanover, VA 23069-0470
Phone: 804-365-6035
Fax: 804-365-6302
Email: rbrandolph@co.hanover.va.us

Falling Creek Log Yard Inc.
Attn: Micelle Gilman
P.O. Box 644
Ashland, VA 23005
Phone: 804-798-6121
Fax: 804-798-6151
Email: fallingcrk@aol.com

Baden Tax Management, LLC
Attn: Todd B. Churchward
6920 Pointe Inverness Way, Suite 140
Fort Wayne, IN 46804
Phone: 260-969-2585
Fax: 260-969-2581
Email: tchurchward@badentax.com


                         W. CLARKSON MCDOW, JR.
                         UNITED STATES TRUSTEE FOR
                         REGION FOUR

Date: April 6, 2010               By: /s/ Robert B. Van Arsdale
                                   Robert B. Van Arsdale
                                   Assistant U.S. Trustee

Robert B. Van Arsdale, AUST (VBN 17483)
Shannon F. Pecoraro, Trial Attorney (VBN 46864)
Office of the United States Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219
Phone (804) 771-2310
Fax: (804) 771-2330

I hereby certify that a true copy of the foregoing Appointment of Unsecured Creditors Committee was served via electronic delivery, fax or first class mail, postage prepaid, this 6th day of April 2010 to members of the committee as listed above, counsel for the committee and counsel for the debtors.

　　/s/ Robert B. Van Arsdale
Robert B. Van Arsdale
Assistant U.S. Trustee