# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: <br><br> BEAR ISLAND PAPER COMPANY, L.L.C.[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 10-31202 (DOT) |

**JOINDER OF GENERAL ELECTRIC CAPITAL CORPORATION TO THE LIMITED OBJECTION OF THE POSTPETITION AGENT AND PREPETITION SENIOR AGENT TO THE SECOND MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXTEND CHALLENGE PERIOD**

General Electric Capital Corporation, as administrative agent, U.S. collateral agent and documentation agent ("GECC") under that certain Revolving Credit Agreement (as amended and restated on January 27, 2006 and February 26, 2008), hereby joins (the "Joinder") with the Limited Objection of the Postpetition Agent and Prepetition Senior Agent to the Second Motion of the Official Committee of Unsecured Creditors to Extend Challenge Period filed by Credit Suisse AG, as administrative agent under that certain Senior Secured Super-Priority Debtor-In-Possession Term Loan Credit Agreement, dated as of March 1, 2010 and as administrative agent under that certain Second Amended and Restated First Lien Term Loan Credit Agreement, dated as of April 8, 2005, on July 16, 1010 (the "Limited Objection") (Docket No. 366). GECC does not object to the requested extension of the investigation period with respect to the Identified

---

[1] The last four digits of the Debtor's federal tax identification number are 0914. The principal address for the Debtor is 10026 Old Ridge Road, Ashland, Virginia 23005.

Properties.[2]  GECC does object, however, to the requested extension of the investigation period with respect to any matters other than with respect to the Identified Properties.

WHEREFORE, for the foregoing reasons, GECC respectfully requests that this Court deny the Motion to the extent set forth in this Joinder and the Limited Objection and extend the investigation period only with respect to the Identified Properties.

Dated: July 19, 2010

Respectfully submitted,

/s/ H. Slayton Dabney, Jr.

H. Slayton Dabney, Jr.
Virginia Bar Number: 14145
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
sdabney@kslaw.com
Telephone:   (212) 556-2287
Fax:               (212) 556-2222

-and-

Sarah R. Borders
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
sborders@kslaw.com
Telephone:   (404) 572-3596
Fax:               (404) 572-5100

*Counsel for General Electric Capital Corporation*

---

2   Unless otherwise specified, all capitalized terms used herein without definition shall have the respective meanings given such terms in the Limited Objection.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2010, a copy of the foregoing Joinder was served by U.S. Mail, First Class, postage prepaid or electronic means through the Court's ECF system or through email on all parties listed on the attached list, constituting all necessary parties:

/s/ H. Slayton Dabney, Jr.
H. Slayton Dabney, Jr.

ATL_IMANAGE-7097875.1

| | | |
|---|---|---|
| Ciulla & Donofrio, LLP<br>Att: Jeffrey M. Donofrio, Esq.<br>127 Washington Avenue<br>North Haven, CT 06473 | Dewey & Leboeuf LLP<br>Martin Bienenstock, T. Karcher, A. Kane<br>1301 Avenue of the Americas<br>New York, NY 10019-6092 | Dewey & Leboeuf LLP<br>ATTN Nicholas J. Hartigan<br>1101 New York Ave. NW<br>Washington DC 20005-4213 |
| Hanover County<br>ATTN: Rebecca Randolph, Asst. County Atty<br>P.O. Box 470<br>7516 County Road Complex<br>Hanover, VA 23069-0470 | Harter Secrest & Emery LLP<br>ATTN: Raymond Fink & John Mueller<br>Twelve Fountain Plaza, Suite 400<br>Buffalo, NY 14202-2293 | Hirschler Fleischer PC<br>ATTN: R. Westerman & De La Cruz<br>P.O. Box 500<br>Richmond, VA 23218-0500 |
| Hunton & Williams LLP<br>ATTN: T. Brown, B. Ackerly, J. Harbour<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Kepley Broscious & Biggs, PLC<br>ATTN: William Broscious, Esq.<br>2211 Pump Road<br>Richmond, VA 23233 | Kutak Rock LLP<br>ATTN: Peter Barrett & Matthew Kurz<br>1111 East Main Street, Suite 800<br>Richmond, VA 23219-3500 |
| Law Firm of Russell R. Johnson III, PLC<br>ATTN: R. Johnson III & J. Craig<br>2258 Wheatlands Drive<br>Manakin-Sabot, VA 23103 | MCGUIREWOODS LLP<br>ATTN: Dion Hayes & Lori Scott<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219 | Office of the U.S. Trustee<br>Robert Van Arsdale<br>701 East Broad Street<br>Suite 4304<br>Richmond, VA 23219 |
| Pension Benefit Guaranty Corporation<br>ATTN: Shari D. Williams<br>Office of the Chief of Counsel<br>1200 K. Street, N.W.<br>Washington, DC 2005-4026 | Thompson & Knight LLP<br>ATTN: Tye Hancock & Matthew Reed<br>333 Clay Street, Suite 3300<br>Houston, TX 77002 | Troutman Sanders LLP<br>ATTN: Jonathan L. Hauser<br>222 Central Park Ave., Suite 2000<br>Virginia Beach, VA 23462 |
| Zemanian Law Group<br>ATTN: Peter G. Zemanian, Esq.<br>150 Boush Street, Suite 600<br>Norfolk, VA 23510 | Attn: Jay Epstein<br>White Birch Paper Company<br>80 Field Point Road<br>Greenwich, Connecticut 06830 | Christopher J. Marcus, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611 |
| Lazard Freres & Co LLC<br>Attn: Stephen Goldstein<br>30 Rockefeller Plaza<br>New York, NY 10020 | ALIXPARTNERS LLP<br>Attn: Pilar Tarry<br>200 Town Center<br>Suite 2400<br>Southfield, MI 48075 | Latham & Watkins LLP<br>Attn: Keith A. Simon, Esq.<br>885 Third Avenue<br>New York, NY 10022 |
| Scott D. Talmadge, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598 | Angela L. Batterson, Esq.<br>King & Spalding<br>1185 Avenue of Americas<br>New York, NY 10036-4003 | Benjamin B. Iselin, Esq.<br>McGuire Woods LLP<br>1345 Avenue of the Americas, 7th Floor<br>New York, NY 10105-0106 |
| Ernst & Young Inc<br>Attn: Jean-Daniel Breton<br>800, Boul. Rene'-L'Evesque O.<br>Bureau 1900<br>Montreal QB H3B 1X9 Canada | Alvarez & Marsal<br>Attn: Richard A. Morawetz<br>Royal Bank Plaza, South Tower<br>200 Bay St., Ste 2900<br>P.O. Box 22<br>Toronto ON M5J 2JI, Canada | Cahill Gordon & Reindel LLP<br>Attn: William Hartnett<br>80 Pine Street<br>New York, NY 10005 |
| Credit Suisse<br>Attn: Didier Siffer<br>11 Madison Avenue, 10th Floor<br>New York, NY 10010 | Credit Suisse<br>Attn: Jeffrey Salzman<br>11 Madison Avenue, 10th Floor<br>New York, NY 10010 | Dewey & Leboeuf LLP<br>Attn: Gary Apfel, Esq.<br>333 South Grand Ave.<br>Ste 2600<br>Los Angeles, CA 90071-1530 |

GE Capital
Attn: Jennifer Guerard
123 Front Street, Ste 1400
Toronto ON M5J 2M2, Canada

Irell & Manella
Attn: Jeffrey Reisner, Esq.
840 Newport Center Dr., Ste 400
Newport Beach, CA 92660

Kelley Drye & Warren LLP
Attn: Pam Bruzzese-Szczygiel, Esq.
101 Park Avenue
New York, NY 10178

McCarthy Tetrault, LLP
Attn: Richard Higa
Ste 5300, TD Bank Tower
Toronto Dominion Centre
Toronto ON M5K 1E6, Canada

McDermott Will & Emery
Attn: C. David Goldman, Esq.
340 Madison Ave.
New York, NY 10173-1922

Merrill Lynch Capital
Fenner & Smith Ink
Attn: Steve Quine
335 Madison Ave., 5th Floor
New York, NY 10080

Oslar, Hoskins & Harcourt LLP
Attn: Sandra Abitan, Esq.
1000 De La Gauchetiere St. West
Suite 2100
Montreal QC H3B 4W5 Canada

Rothschild Inc.
Attn: Dustin Mondell
1251 Avenue of the Americas
51st Floor
New York, NY 10020

Shearman & Sterling LLP
Attn: Doug Bartner, Esq.
599 Lexington Avenue
New York, NY 10022

Stewart McKelvey
Attn: Charles Reagh
Suite 900
Purdy's Wharf Tower One
1959 Upper Water Street
New York, NY 10020

Stikeman Elliot
Attn: Jean Fontaine, Esq.
1155 Rene'-Levesque Blvd West
40th Floor
Montreal QC H3B 3V2 Canada

Toronto Dominion (Texas) LLC
Attn: Amy Josephson
77 King St. W, 18th Floor
Toronto, ON M5K 1A2 Canada

Wells Fargo Bank
Attn: Vito J. Iacovazzi
SR Vice President
213 Court Street
Middletown, CT 06457

Commonwealth of Virginia
Dept. of Treasury
James Monroe Building, 3rd Floor
101 N. 14th Street
Richmond, VA 23219

Internal Revenue Service
400 North Eighth Street
Room 989
Richmond, VA 23240

Secretary of State – Virginia
One Capitol Square Bldg.
830 E. Main St., 14th Floor
Richmond, VA 23219

Securities Exchange Commission
Attn: Daniel M. Hawke, Regional Director
The Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

Troutman Sanders LLP
Attn: Heather H. Lockerman
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219

Buchalter Nemer, PC
Att: Shawn M. Christianson, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Rappahannock Electric Cooperative
247 Industrial Court
Fredericksburg, VA 22408

Voith Fabrics
3040 Black Creek Road
Wilson, NC 27893

Nalco Co.
1978 Aster Road
Macungie, PA 18068

Voith Paper Fabric & Roll System
5311 I-20 Service Road
West Monroe, LA 71292

Cascades Sonoco, Inc.
170 Cleage Drive
Birmingham, AL 35217

SP Recycling Corp.
Prince William Division
14811 Dumfries Road
Dumfries, VA 22026

Crossglobe Transport Ltd.
11023 Washington Highway, Suite 150
Glen Allen, VA 23059

C.H. Robinson Worldwide, Inc.
14701 Charlson Road
Eden Prairie, MN 55347

Chemtrade Performance Chemicals LLC
814 Tyvola Road, Suite 126
Charlotte, NC 28217

Canusa Hershman Recycling, L.L.C.
1532 Thames Street
Baltimore, MD 21231

SP Recycling Corp.
Richmond Division
4259 Carolina Avenue
Richmond, VA 23222

| | | |
|---|---|---|
| Recycle America/Alliance, LLC<br>13707 S. Jeffery Ave.<br>Chicago, IL 6063-2343 | Brenntag Southeast, Inc.<br>200 E. Pettigrew Street<br>Durham, NC 27703 | Hanover County Public Utilities – Water<br>7516 County Complex Road<br>Hanover, VA 23069 |
| Falling Creek Log & Lumber Company<br>13280 Fern Run Road<br>Montpelier, VA 23192 | Metso Paper USA<br>N.A. Logistics Center<br>1280 Willowbrook Road<br>Beloit, WI 53511 | International Paper<br>6400 Poplar Avenue<br>Memphis, TN 38197 |
| Fleming Southern<br>1275 Old Beltway<br>Rural Hall, NC 27045-9407 | FCR/BMG, LLC<br>809 W. Hill Street<br>Charlotte, NC 28208 | Baden Tax Management, LLC<br>6920 Pointe Inverness Way<br>Suite 300<br>Fort Wayne, IN 46804 |
| Dewey & Leboeuf LLP<br>John K. Warren, Esq.<br>1101 New York Avenue, NW<br>Washington, DC 20005-4213 | Latham & Watkins LLP<br>Att: K. Heller, K. Simon & A. Goldberg<br>885 Third Avenue<br>New York, NY 10022 | Thompson McMullan, P.C.<br>Att: Adam R. Nelson, Esq.<br>100 Shockoe Slip, 3rd Floor<br>Richmond, VA 23219 |