Jonathan L. Hauser  
VSB No. 18688  
TROUTMAN SANDERS LLP  
222 Central Park Avenue  
Suite 2000  
Virginia Beach, Virginia 23462  
Telephone:     (757) 687-7768  
Facsimile:      (757) 687-1505  

Richard M. Cieri (admitted *pro hac vice*)  
Christopher J. Marcus (admitted *pro hac vice*)  
Michael A. Cohen (admitted *pro hac vice*)  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, New York 10022  
Telephone:     (212) 446-4800  
Facsimile:      (212) 446-4900  

*Attorneys for the Debtor and*  
*Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE EASTERN DISTRICT OF VIRGINIA**  
**RICHMOND DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| BEAR ISLAND PAPER COMPANY, L.L.C.,[1] | ) Case No. 10-31202 (DOT) |
| Debtor. | ) |

**NOTICE OF PROPOSED AGENDA FOR THE OMNIBUS**  
**HEARING ON JULY 21, 2010 AT 2:00 P.M. PREVAILING EASTERN TIME**

**PLEASE TAKE NOTICE** that Bear Island Paper Company, L.L.C., as the debtor and debtor in possession in the above-captioned matter ("Bear Island" or "Debtor"), has filed the proposed agenda, attached hereto as **Exhibit A** and incorporated herein by reference, with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court") for the omnibus hearing scheduled for **2:00 p.m. prevailing Eastern Time on July 21, 2010**. The proposed hearing agenda is for the convenience of the Court and counsel and is not determinative of the matters to be heard on that day or whether there will be a settlement or continuance of such matters. The omnibus hearing is scheduled to be held at the United States Bankruptcy Court, U.S. Courthouse, Chief Judge Tice's Courtroom 5100, 701 East Broad Street, Richmond, Virginia 23219.

---

[1] The last four digits of the Debtor's federal tax identification number are 0914. The principal address for the Debtor is 10026 Old Ridge Road, Ashland, Virginia 23005.

K&E 17344902

**PLEASE TAKE FURTHER NOTICE** that you or your attorney may want to attend the scheduled omnibus hearing to protect your rights. Under Local Bankruptcy Rule 9013-1, if you or your attorney do not take the appropriate steps, including attending the scheduled omnibus hearing, the Court may decide that you do not oppose the relief sought in the pleadings listed on the proposed agenda and may enter an order granting the relief requested therein.

Date: July 19, 2010     **BEAR ISLAND PAPER COMPANY, L.L.C.**

By:  */s/ Jonathan L. Hauser*
       Of Counsel

Jonathan L. Hauser, VSB No. 18688
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7768
Fax:          (757) 687-1505

*Attorneys for the Debtor
and Debtor in Possession*

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing pleading was sent either electronically or by overnight mail, postage prepaid, this 19th day of July, 2010, to all necessary parties.

                                    */s/ Jonathan L. Hauser*

**Exhibit A**

**Proposed Hearing Agenda**

Jonathan L. Hauser
VSB No. 18688
TROUTMAN SANDERS LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
Telephone:     (757) 687-7768
Facsimile:      (757) 687-1505

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
Michael A. Cohen (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

*Attorneys for the Debtor and
Debtor in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| BEAR ISLAND PAPER COMPANY, L.L.C.,[1] | ) Case No. 10-31202 (DOT) |
| Debtor. | ) |

**PROPOSED AGENDA FOR THE OMNIBUS HEARING ON
JULY 21, 2010 AT 2:00 P.M. PREVAILING EASTERN TIME**

**I.    MOTIONS**

    A.    ["Committee's Second Motion to Extend Challenge Period"] Second Motion of the Official Committee of Unsecured Creditors to Extend Time to Challenge the Amount, Validity or Enforceability of the Prepetition Debt Obligations or the Perfection or Priority of the Prepetition Debt Liens [Docket No. 356].

        Related Documents:

        (i)    Limited Objection of the Postpetition Agent and Prepetition Senior Agent to the Second Motion of the Official Committee of Unsecured Creditors to Extend Challenge Period [Docket No. 366].

        (ii)    Joinder of General Electric Capital Corporation to the Limited Objection of the Postpetition Agent and Prepetition Senior Agent to the Second Motion of the Official Committee of Unsecured Creditors to Extend Challenge Period [Docket No. 368].

---

[1]    The last four digits of the Debtor's federal tax identification number are 0914. The principal address for the Debtor is 10026 Old Ridge Road, Ashland, Virginia 23005.

B. ["Debtor's Motion to Expand AlixPartners' Scope of Services"] Motion of Bear Island Paper Company, L.L.C. for Entry of an Order Authorizing the Debtor to Expand the Scope of AlixPartners, LLP's Restructuring Advisor Services [Docket No. 354].

Responses Received:

(i) The Debtor has received informal comments from the statutory committee of unsecured creditors (the "Committee"). The Debtor is attempting to resolve the Committee's concerns prior to the July 21, 2010 omnibus hearing.

## II. RETENTION APPLICATIONS

A. ["Retention Application of Tavenner & Beran"] Application for Retention and Employment of Tavenner & Beran, PLC, as Co-Counsel (Conflicts Counsel) to the Official Committee of Unsecured Creditors [Docket No. 334].

Related Documents:

(i) Bear Island Paper Company, L.L.C.'s Statement in Response to the Official Committee of Unsecured Creditors' Application for Retention and Employment of Tavenner & Beran, PLC, as Co-Counsel (Conflicts Counsel) to the Official Committee of Unsecured Creditors [Docket No. 353].

## III. INTERIM FEE APPLICATIONS

A. ["Kirkland & Ellis Interim Fee Application"] First Interim Fee Application of Kirkland & Ellis LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Debtor for the Period from February 24, 2010 Through April 30, 2010 [Docket No. 327].

Responses Received:

(i) None.

B. ["Troutman Sanders Interim Fee Application"] First Interim Application of Troutman Sanders LLP for Allowance of Compensation and Expense Reimbursement as Counsel to Bear Island Paper Company, L.L.C. [Docket No. 329].

Responses Received:

(i) None.

C. ["AlixPartners Interim Fee Application"] First Interim Fee Application of AlixPartners, LLP for Allowance of Compensation for Services Rendered and for

Reimbursement of Expenses Incurred as Restructuring Advisors for the Debtor and Debtor in Possession for the Period from February 24, 2010 Through April 30, 2010 [Docket No. 309].

Responses Received:

    (i)    None.

D.    ["Hunton & Williams Interim Fee Application"]  First Quarterly Application of Hunton & Williams LLP, Counsel for Official Committee of Unsecured Creditors, for Allowance of Interim Compensation and Interim Reimbursement of Expenses Incurred for the Period March 5, 2010 Through April 30, 2010 [Docket No. 346].

Related Documents:

    (i)    Reservation of Rights and Statement of the Postpetition Agent and Prepetition Senior Agent in Response to the First Quarterly Fee Applications of Counsel for the Official Committee of Unsecured Creditors [Docket No. 362].

E.    ["Borden Ladner Gervais Interim Fee Application"]  First Quarterly Application of Borden Ladner Gervais LLP, Special Canadian Counsel for Official Committee of Unsecured Creditors, for Allowance of Interim Compensation and Interim Reimbursement of Expenses Incurred for the Period March 10, 2010 Through April 30, 2010 [Docket No. 345].

Related Documents:

    (i)    Reservation of Rights and Statement of the Postpetition Agent and Prepetition Senior Agent in Response to the First Quarterly Fee Applications of Counsel for the Official Committee of Unsecured Creditors [Docket No. 362].

F.    ["FTI Interim Fee Application"]  First Quarterly Application of FTI Consulting, Inc., Financial Advisor for the Official Committee of Unsecured Creditors for Allowance of Interim Compensation and Interim Reimbursement of Expenses Incurred for the Period March 10, 2010 Through April 30, 2010 [Docket No. 344].

Responses Received:

    (i)    None.

IV. **STIPULATIONS**

    A.    ["Central Virginia Stipulation"] Stipulation and Agreed Order Resolving Motion of Central Virginia Land & Timber, LLC for Allowance of an Administrative Expense Claim Pursuant to Section 503(b)(9) of the Bankruptcy Code [Docket No. 332].

        Related Documents:

            (i)    Motion of Central Virginia Land & Timber, LLC for Allowance of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 304].

            (ii)    Certification of No Objection Regarding Docket No. 332 [Docket No. 364].

    B.    ["Cascades Stipulation"] Stipulation and Agreed Order Resolving the Motion of Cascades Sonoco, Inc. for Allowance of an Administrative Expense Claim Pursuant to Section 503(b)(9) of the Bankruptcy Code [Docket No. 349].

        Related Documents:

            (i)    Cascades Sonoco, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) [Docket No. 304].

            (ii)    Certification of No Objection Regarding Docket No. 349 [Docket No. 363].

[*Remainder of Page Intentionally Left Blank*]

K&E 17344902

Dated: July 19, 2010             **BEAR ISLAND PAPER COMPANY, L.L.C.**
       Richmond, Virginia

                                                  By: */s/ Jonathan L. Hauser*
                                                               Of Counsel

Jonathan L. Hauser, Esquire
VSB No. 18688
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
Telephone:     (757) 687-7768
Facsimile:      (757) 687-1505

      - and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
Michael A. Cohen (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

*Attorneys for the Debtor
and Debtor in Possession*