# Exhibit C

**Executory Contracts and Unexpired Leases to be Assumed by BD White Birch Investment LLC**

| NON-DEBTOR COUNTERPARTY | BRIEF DESCRIPTION OF CONTRACT OR LEASE |
|---|---|
| ADP, INC. | CONTRACT SERVICES |
| AMERICAN POWERNET MANAGEMENT L.P. | PROFESSIONAL SERVICES |
| CATERPILLAR FINANCIAL SERVICES CORP. | MULTIPLE EQUIPMENT LEASES |
| CHEMTRADE PERFORMANCE CHEMICALS LLC | CHEMICAL INVENTORY |
| COGNEX CORPORATION | MULTIPLE AGREEMENTS |
| COLONIALWEBB CONTRACTORS | CONTRACT SERVICES |
| COMPASS ENERGY GAS SERVICES, LLC | NATURAL GAS |
| CROSSGLOBE TRANSPORT LTD | FREIGHT |
| EMERSON PROCESS LLLP | SERVICE AGREEMENT |
| FORD MOTOR CREDIT COMPANY | VEHICLE LEASE (ENDS 9/2010) |
| G B TECHNOLOGIES | SERVICE AGREEMENT |
| GENERAL ELECTRIC CAPITAL CORP. | EQUIPMENT LEASE |
| GLOBAL SOFTWARE | SERVICE AGREEMENT |
| HANOVER COUNTY ADMINISTRATOR | WATER |
| HONEYWELL-MEASUREX | SERVICE AGREEMENT |
| IBM | SERVICE AGREEMENT |
| IMERYS | CHEMICAL INVENTORY |
| INVENSYS SYSTEMS | SERVICE AGREEMENT |
| MCMILLAN ENERGY INC | COAL |
| MOTION INDUSTRIES, INC. | SYNERGY CONTRACT |
| NMHG FINANCIAL SERVICES | MULTIPLE EQUIPMENT LEASES |
| OLD DOMINION SECURITY COMPANY, INC | CONTRACT SERVICES |
| ORACLE USA, INC. | SOFTWARE LICENSE, SERVICES, AND MAINTENANCE AGREEMENT, EXECUTED ON OCTOBER 15, 2002, BETWEEN J.D. EDWARDS AND BEAR ISLAND PAPER COMPANY AND RELATED PURCHASE ORDER DATED ON OR ABOUT NOVEMBER 4, 2009. |
| ROBINSON TERMINAL WHSE CORP | FREIGHT |

| NON-DEBTOR COUNTERPARTY | BRIEF DESCRIPTION OF CONTRACT OR LEASE |
|---|---|
| SONOCO PRODUCTS CO | GENERAL SERVICES |
| STRATUS TECHNOLOGIES | SERVICE AGREEMENT |
| TIETOENATOR MAJIQ | SERVICE AGREEMENT |
| TOYOTA FINANCIAL SERVICES | VEHICLE LEASE |
| VANGUARD NATIONAL ALLIANCE | SYNERGY CONTRACT |
| WELLS FARGO FINANCIAL LEASING | EQUIPMENT LEASE |
| XACTEC (SUMMIT BUSINESS) | SERVICE AGREEMENT |