B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia

In re: Bear Island Paper Company, L.L.C., et al., Jointly Administered,   Case No. 10-31202

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Tannor Partners Credit Fund II, LP                   Colgate Paper Stock Co, Inc.

    Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee          Name and Address where notices to transferor
should be sent:                                       should be sent:

Tannor Partners Credit Fund II, LP                    Colgate Paper Stock Co, Inc.
200 Business Park Drive, Suite 200                    12 Industrial Drive
Armonk, New York 10504                                New Brunswick, NJ 08901-3632
Phone: (914) 514-8300                                 Phone: _____
                                                      Court Claim # (if known)  58
Last Four Digits of Acct #:_____                   Amount of Claim: $31,411.74
                                                      Date Claim Filed: 05/29/10

                                                      Phone: _____
                                                      Last Four Digits of Acct. #:_____

Name and Address where transferee payments
Should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor                              Date: 10/20/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.§§152 & 3571.*

## Evidence of Transfer

<u>Colgate Paper Stock Co, Inc.</u> ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto <u>Tannor Partners Credit Fund II, LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504</u>, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of <u>$15,705.87</u> as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against <u>Bear Island Paper Company, L.L.C., et al.</u>, Jointly Administered in the United States Bankruptcy Court, Eastern District of Virginia ("the Court"), <u>Case no. 10-31202</u> or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 2⁰ day of October 2010

By: _____
(Signature of Authorized Party)

Colgate Paper Stock Co., Inc.
(Company Name)

STEVEN DINARDI
(Print name of Authorized Party)


By: /s/ Robert J. Tannor
Robert J. Tannor

Tannor Credit Fund II, LP

914-514-8300
(Telephone Number)