IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Bear Island Paper Company, L.L.C.
Case No. 10-31202 (DOT)

MONTHLY OPERATING REPORT

JANUARY 1, 2011 THROUGH JANUARY 31, 2011

| Required Documents | Form No. | Documents Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Balance Sheet | MOR-1 | X | | |
| Income Statement | MOR-2 | X | | |
| Cash Receipts and Disbursements | MOR-3 | X | | |
| Accounts Receivable Aging | MOR-4a | X | | |
| Aging of Postpetition Payables | MOR-4b | X | | |
| Status of Postpetition Taxes | MOR-4c | | X | |
| Bank Reconciliations | MOR-5a | X | X | |
| Investment Accounts | MOR-5b | | | |
| Cash | MOR-5c | X | | |
| Insider Payments | MOR-6a | | | |
| Restructuring Professional Payments | MOR-6b | X | X | |
| Postpetition Status of Leases Payable | MOR-6c | X | | |
| Adequate Protection Payments | MOR-6d | | | |
| Debtor Questionnaire | MOR-7a | X | | X |
| Insurance | MOR-7b | X | | |

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (MOR-1 THROUGH MOR-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Jay A. Epstein
PRINTED NAME OF RESPONSIBLE PARTY

Vice President Finance, Treasurer & Secretary
TITLE

February 28, 2011
DATE

PREPARER:

ORIGINAL SIGNATURE OF PREPARER

Eric A. Goebel
PRINTED NAME OF PREPARER

Manager, Cash/Treasury
TITLE

February 28, 2011
DATE

## BALANCE SHEET (MOR-1)
### JANUARY 31, 2011
### (IN USD)

### ASSETS

| | | | |
|---|---:|---:|---:|
| **CURRENT ASSETS :** | | | |
| Cash | | | $ 10,323,991 |
| Accounts Receivable - Trade | | | 10,120,113 |
| Accounts Receivable - Other | | | 456,342 |
| Due from White Birch Paper Company | | | 913,929 |
| Inventory: | | | |
|   Raw Materials & Stores | | $ 11,418,712 | |
|   Finished Goods | | 5,786,433 | 17,205,145 |
| Timberdeeds | | | 22,951 |
| Accrued Service Charge | | | 17,244 |
| Deposits, Prepaid Expenses and Other | | | 2,811,780 |
|     Total Current Assets | | | 41,871,495 |
| | | | |
| **FIXED ASSETS:** | | | |
| Machinery & Equipment | | $ 253,400,821 | |
| Timberlands | | 1,067,654 | |
| | | 254,468,475 | |
| Less - Accumulated Depreciation and Depletion | | (153,690,330) | 100,778,145 |
| | | | |
|     Total Assets | | | $ 142,649,640 |

### LIABILITIES AND STOCKHOLDERS' EQUITY

| | | | |
|---|---:|---:|---:|
| **CURRENT LIABILITIES:** | | | |
| Accounts Payable and Accrued Liabilities | | | $ 10,720,132 |
| Current Portion Capitalized Leases | | | 10,943 |
|     Total Current Liabilities | | | 10,731,075 |
| | | | |
| **LIABILITIES SUBJECT TO COMPROMISE:** | | | |
| Intercompany F.F. Soucy L.P. | | 5,738 | |
| Intercompany Brant Industries, Inc | | 59,822 | |
| Accounts Payable | | 8,165,065 | |
| Intercompany White Birch Paper Company | | 135,854,779 | 144,085,404 |
| | | | |
|     Total Liabilities | | | 154,816,479 |
| | | | |
| **STOCKHOLDERS' EQUITY** | | | |
| Contributed Capital | | | 97,371,253 |
| Retained Earnings (Deficit) | | | (109,538,092) |
|     Total Stockholders' Equity | | | (12,166,839) |
|     Total Liabilities and Stockholders' Equity | | | $ 142,649,640 |

In re: Bear Island Paper Company, L.L.C.  
Debtor

Case No. 10-31202 (DOT)  
Reporting Period: January 1, 2011 - January 31, 2011

## INCOME STATEMENT (MOR-2)
## MONTH OF JANUARY
## (IN USD)

|  | 2011 | 2010 |
|---|---:|---:|
|  | MONTH OF JANUARY | MONTH OF JANUARY |
| **SALES** |  |  |
| Gross | $ 8,767,944 | $ 9,907,080 |
| Freight | (623,385) | (645,329) |
| Net Sales | 8,144,559 | 9,261,751 |
| **COST OF GOODS SOLD** | (7,323,388) | (10,632,791) |
| Gross Profit (Loss) | 821,171 | (1,371,040) |
| **GENERAL AND ADMINISTRATIVE EXPENSE** |  |  |
| Sales Commission | (263,039) | (297,212) |
| Write off of Goodwill | 0 | 0 |
| Other | (158,797) | (49,411) |
| Operating Profit (Loss) | 399,335 | (1,717,663) |
| **OTHER INCOME (EXPENSE)** |  |  |
| Interest Income | 0 | 0 |
| Interest Expense | 0 | (23,743) |
| Other Income | 0 | 0 |
| Net Income (Loss) | 399,335 | (1,741,406) |
| **DEFICIT BEGINNING OF PERIOD** | (109,937,427) | (103,455,273) |
| **PRIOR PERIOD ADJUSTMENT** | 0 | 0 |
| **DISTRIBUTION DURING THE PERIOD** | 0 | 0 |
| **DEFICIT END OF PERIOD** | $ (109,538,092) | $ (105,196,679) |

## CASH RECEIPTS AND DISBURSEMENTS (MOR-3)
## JANUARY 1, 2011 THROUGH JANUARY 31, 2011
## BOOK BALANCE (IN USD)

| | CURRENT PERIOD 1/1/2011 - 1/31/2011 | CUMULATIVE FILING TO DATE |
|---|---:|---:|
| **BEGINNING CASH** | | |
| 1. CASH - BEGINNING OF PERIOD | $ 11,504,819 | $ 4,106,521 |
| **RECEIVABLES FROM WHITE BIRCH** | | |
| 2. CASH RECEIVABLES | $ 1,255,161 | $ 2,025,616 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | |
| 3. PREPETITION | $ - | $ 12,458,973 |
| 4. POSTPETITION | $ 10,958,769 | $ 115,688,751 |
| 5. TOTAL OPERATING RECEIPTS | $ 10,958,769 | $ 128,147,724 |
| **NON - OPERATING RECEIPTS** | | |
| 6. LOANS & ADVANCES (ATTACH LIST) | $ - | $ - |
| 7. SALE OF ASSETS | $ - | $ - |
| 8. OTHER (ATTACH LIST) | $ - | $ - |
| 9. TOTAL NON-OPERATING RECEIPTS | $ - | $ - |
| 10. TOTAL RECEIPTS | $ 12,213,930 | $ 130,173,340 |
| 11. TOTAL CASH AVAILABLE | $ 23,718,749 | $ 134,279,861 |
| **OPERATING DISBURSEMENTS** | | |
| 12. PAYROLL RELATED | $ 1,396,838 | $ 15,914,563 |
| 13. CHEMICALS | $ 1,184,267 | $ 10,274,965 |
| 14. CLOTHING, WIRES AND FELTS | $ 172,751 | $ 2,360,780 |
| 15. SERVICES | $ 623,749 | $ 4,669,263 |
| 16. EMPLOYEE RELATED | $ 10,849 | $ 147,158 |
| 17. EQUIPMENT | $ 1,245,432 | $ 6,894,975 |
| 18. FREIGHT | $ 739,439 | $ 11,340,259 |
| 19. INVENTORY | $ 323,592 | $ 5,026,187 |
| 20. LEASES | $ 20,029 | $ 264,770 |
| 21. MISCELLANEOUS | $ 160 | $ 147,648 |
| 22. OFFICE SUPPLIES AND INSURANCE | $ 250,019 | $ 2,500,219 |
| 23. OPERATING SUPPLIES | $ 12,003 | $ 282,908 |
| 24. RECYCLED FIBER | $ 1,087,112 | $ 11,237,237 |
| 25. WOOD FIBER | $ 1,340,224 | $ 13,969,229 |
| 24. UTILITIES | $ 2,842,743 | $ 27,820,843 |
| 25. TAXES | $ 668,178 | $ 856,541 |
| 25. CORPORATE DISBURSEMENTS - MGMT FEE | $ 409,610 | $ 3,829,100 |
| 26. TOTAL OPERATING DISBURSEMENTS | $ 12,326,995 | $ 117,536,645 |
| **REORGANIZATION EXPENSES** | | |
| 27. PROFESSIONAL FEES | $ 123,834 | $ 5,402,296 |
| 28. U.S. TRUSTEE FEES | $ 30,000 | $ 103,000 |
| 29. OTHER (ATTACH LIST) | $ - | $ - |
| 30. TOTAL REORGANIZATION EXPENSES | $ 153,834 | $ 5,505,296 |
| 31. TOTAL DISBURSEMENTS | $ 12,480,829 | $ 123,041,941 |
| **CASH HELD BY WHITE BIRCH PAPER** | | |
| 32. CASH RECEIVABLE FROM WHITE BIRCH | $ 913,929 | $ 913,929 |
| **ENDING CASH** | | |
| 33. CASH - END OF MONTH | $ 10,323,991 | $ 10,323,991 |

In re: Bear Island Paper Company, L.L.C.  
Debtor

Case No. 10-31202 (DOT)  
Reporting Period: January 1, 2011 - January 31, 2011

## ACCOUNTS RECEIVABLE, ACCOUNTS PAYABLE AND TAXES (MOR 4)
## AS OF JANUARY 31, 2011
## (IN USD)

| ACCOUNTS RECEIVABLE AGING (MOR-4a) | |
|---|---|
| AGING PERIOD | AMOUNT |
| 1. 0-30 | $9,328,622 |
| 2. 31-60 | $2,164,963 |
| 3. 61-90 | $77,025 |
| 4. 91+ | $345,589 |
| 5. TOTAL ACCOUNTS RECEIVABLE | $11,916,199 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | $1,339,744 |
| 7. ACCOUNTS RECEIVABLE (NET) | $10,576,455 |

| AGING OF POSTPETITION PAYABLES (MOR-4b) | | | | | |
|---|---|---|---|---|---|
| PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
| 1. ACCOUNTS PAYABLE | $2,112,332 | $31,462 | $401 | $0 | $2,144,195 |

| STATUS OF POSTPETITION TAXES (MOR-4c) | | | | |
|---|---|---|---|---|
| | BEGINNING TAX LIABILITY | AMOUNT WITHHELD AND/OR ACCRUED | AMOUNT PAID | TOTAL |
| FEDERAL | See Note 2 Below | | | |
| 1. WITHHOLDING | | | | |
| 2. FICA-EMPLOYEE | | | | |
| 3. FICA-EMPLOYER | | | | |
| 4. UNEMPLOYMENT | | | | |
| 5. INCOME | | | | |
| 6. OTHER (ATTACH LIST) | | | | |
| 7. TOTAL FEDERAL TAXES | | | | |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | | | | |
| 9. SALES | | | | |
| 10. EXCISE | | | | |
| 11. UNEMPLOYMENT | | | | |
| 12. REAL PROPERTY | | | | |
| 13. PERSONAL PROPERTY | | | | |
| 14. OTHER (ATTACH LIST) | | | | |
| 15. TOTAL STATE & LOCAL | | | | |
| 16. TOTAL TAXES | | | | |

NOTE 2: Bear Island believes that it is current on all tax obligations as of January 31, 2011.

## BANK RECONCILIATIONS, INVESTMENT ACCOUNTS AND CASH (MOR-5)
### AS OF JANUARY 31, 2011
### (IN USD)

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment, accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

| | BANK RECONCILIATIONS (MOR-5a) | | | | | | |
|---|---|---|---|---|---|---|---|
| | ACCOUNT #1 | ACCOUNT #2 | ACCOUNT #3 | ACCOUNT #4 | ACCOUNT #5 | ACCOUNT #6 | TOTAL |
| A. BANK: | HSBC Bank USA, NA [1] | HSBC Bank USA, NA | HSBC Bank USA, NA | SunTrust Bank [1][2] | SunTrust Bank [2] | SunTrust Bank [2] | |
| B. ACCOUNT NUMBER: | XXX-XX011-7 | XXX-XX064-8 | XXX-XX063-0 | XXXXX0374 | XXXXX4341 | XXXXX0404 | |
| C. PURPOSE (TYPE): | Collection Acct. (USD) | Payables Disb. (USD) | Payroll Disb. (USD) | Collection Acct. (USD) | Payables Disb. (USD) | Payroll Disb. (USD) | |
| 1. BALANCE PER BANK STATEMENT | $ - | $ 12,355,133 | $ - | $ - | $ - | $ - | $ 12,355,133 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | $ - | $ - | | $ - | $ - | $ - | $ - |
| 3. SUBTRACT: OUTSTANDING CHECKS | $ - | $ (2,007,134) | $ (6,076) | $ - | $ - | $ - | $ (2,013,210) |
| 4. OTHER RECONCILING ITEMS | $ - | $ (24,008) | $ 6,076 | $ - | $ - | $ - | $ (17,932) |
| 5. MONTH END BALANCE PER BOOKS | $ - | $ 10,323,991 | $ (0) | $ - | $ - | $ - | $ 10,323,991 |
| 6. NUMBER OF LAST CHECK WRITTEN | N/A | 17525 | N/A | N/A | N/A | N/A | |

NOTE 1: Amounts for HSBC account XXX-XX011-7 are aggregated with HSBC account XXX-XX064-8. Amounts for SunTrust account XXXXX0374 are aggregated with SunTrust account XXXXX4341.
NOTE 2: All SunTrust accounts are in the process of being closed.

| | INVESTMENT ACCOUNTS (MOR-5b) | | | | | | |
|---|---|---|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. NONE | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |
| 11. TOTAL INVESTMENTS | | | | | | | |

| CASH (MOR-5c) | |
|---|---|
| 12. CURRENCY ON HAND | $ 700 |
| 13. TOTAL CASH - END OF MONTH (BOOK BALANCE) | $ 10,324,691 |

## PAYMENTS TO INSIDERS, RESTRUCTURING PROFESSIONALS, POSTPETITION STATUS OF LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS (MOR 6)
### JANUARY 1, 2011 THROUGH JANUARY 31, 2011 (IN USD)

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSIDERS (MOR-6a)

| NAME | TYPE OF PAYMENT | AMOUNT | TOTAL PAID TO DATE |
|---|---|---|---|
| 1. None | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL PAYMENTS TO INSIDERS | | | |

### RESTRUCTURING PROFESSIONALS (MOR-6b) [1]

| NAME | INVOICE DATE | INVOICE NUMBER | PAYMENT DATE | AMOUNT PAID | PERIOD COVERED |
|---|---|---|---|---|---|
| 1. AlixPartners LLP/White Birch | 12/31/2010 | 2029489 | 1/10/2011 | $134,020 | 12/1/2010 through 12/31/2010 |
| 2 FTI Consulting | 12/29/2010 | November, 2010 | 1/25/2011 | $42,582 | 11/1/2011 through 11/30/2011 |
| 3 Hunton & Williams, LLP | 12/29/2010 | November, 2010 | 1/25/2011 | $14,121 | 11/1/2011 through 11/30/2011 |
| 4 Kirkland & Ellis/Bear Island | 12/17/2010 | November, 2010 | 1/10/2011 | $67,130 | 11/1/2011 through 11/30/2011 |
| 5 Lazard Freres Co., LLC | 12/9/2010 | December, 2010 | 1/18/2011 | $105,391 | 12/1/2010 through 12/31/2010 |
| 6 Lazard Freres Co., LLC | 1/4/2011 | January, 2011 | 1/10/2011 | $100,000 | 1/1/2011 through 1/31/2011 |
| TOTAL PROFESSIONAL FEES | | | | $463,244 | |

NOTE 1: White Birch Paper Company ("White Birch") remits most, but not all, payments in exchange for services related to Bear Island's restructuring. Subsequently, White Birch may transfer charges allocated to Bear Island using intercompany transfers. However, due to the cross-border nature of White Birch's business and this Chapter 11 case, payments identified in response to MOR 6(b) concern amounts expended not only for Bear Island's restructuring, but also for certain of its affiliates. These payments are identified in the aggregate amount and Bear Island has made no attempt to apportion any amounts to the respective entities that incurred specific charges for restructuring services. This schedule excludes payments made by White Birch with respect to professional restructuring services provided solely to Canadian affiliates.

### POSTPETITION STATUS OF LEASES PAYABLE (MOR-6c)

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING PERIOD | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 3. Toyota Financial Services | 15 | $0 | $6,694 |
| 4. Wells Fargo Financial Leasing | 5 | $1,404 | $7,020 |
| 5. Caterpillar Financial Services | 13 | $2,822 | $36,687 |
| 6. Caterpillar Financial Services | 9 | $2,851 | $25,666 |
| 7. General Electric Capital Corp. | 5 | $5,088 | $25,440 |
| 8. NMHG Financial Services (VBS) | 13 | $3,490 | $45,370 |
| 9. Ford Motor Credit (Post petition) | 30 | $466 | $13,960 |
| 10 VBS (post petition) | 30 | $3,908 | $102,840 |
| 11 Pitney Bowes | 0 | $0 | $0 |
| 12. TOTAL | | $20,029 | $263,677 |

### ADEQUATE PROTECTION PAYMENTS (MOR-6d)

| NAME OF CREDITOR | CHECK NUMBER | CHECK DATE | DEPOSIT TYPE | CHECK AMOUNT |
|---|---|---|---|---|
| 1. None | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. TOTAL | | | | |

In re: Bear Island Paper Company, L.L.C.  
Debtor  

Case No. 10-31202 (DOT)  
Reporting Period: January 1, 2011 - January 31, 2011

## QUESTIONNAIRE, INSURANCE AND INSTALLMENT PAYMENTS (MOR-7)

| QUESTIONNAIRE (MOR-7a) | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | X | |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | X | |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | X | |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | X | |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSURANCE (MOR-7b) | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSURANCE POLICY ITEMIZATION (MOR-7b #3) (1) | | |
|---|---|---|
| TYPE OF POLICY | POLICY NUMBER | CARRIER |
| Excess Fiduciary Liability | MNN587506 | Axis Insurance Company |
| Property | 1-72576-XG633 | FM Global |
| Ocean Cargo | 0025-89-08DTO | Chubb Group of Insurance Companies |
| Crime | 10BDDAP1041 | The Hartford |
| Pension and Welfare Benefit Plan Fiduciary Liability | 14-MG-09-A9767 | Houston Casualty Company |
| Directors, Officers and Organization Liability | 14-MGU-09-A19390 | U.S. Specialty Insurance Company |
| Excess Liability Insurance | TL2-621-093858-019 | Liberty Mutual Insurance Company |
| Commercial Excess Liability Umbrella | YSM-CUP-7359N472-TIL-10 | Travelers Property Casualty Company of America |
| Commercial General Liability and Employee Benefits | Y-660-77N4110-COF-10 | The Charter Oak Fire Insurance Company |
| Commercial Automobile | Y-8107359N460-TIL-10 | Travelers Property Casualty Company of America |

NOTE 1: All insurance premiums are paid by White Birch and charged to Bear Island through intercompany transactions.

## RESPONSE TO QUESTIONS 2, 3, 5 & 10 FROM MOR-7a

**Question #2** - White Birch remits most, but not all, payments in exchange for services related to Bear Island's restructuring, as well as insurance coverage. Subsequently, White Birch transfers charges allocated to Bear Island utilizing intercompany transfers.

**Question #3** - As part of the company's cash management system, White Birch receives customer receipts and deposits them into a White Birch owned lockbox. Then, when available, cash in an amount equal to the receivables owed to Bear Island is transferred from the White Birch lockbox to a Bear Island owned HSBC account. The cash receivable from White Birch to Bear Island on January 31, 2011 was $913,929. For additional information regarding Bear Island's cash management system, please see *Motion of Bear Island Paper Company, L.L.C. for Entry of an Order Authorizing, but not Directing, the Debtor to: (A) Continue Using Its Existing Cash Management System, Bank Accounts and Business Forms; (B) Maintain Existing Investment Practices; and (C) Continue Performing Ordinary Course Intercompany Transactions* [Docket No. 8].

**Question #5** - Although Bear Island is a borrower under the $140,000,000 Senior Secured Super-Priority Debtor-In-Possession Term Loan Credit Agreement (the "DIP Facility"), all funds borrowed under the DIP Facility are held by White Birch and its Canadian affiliate F.F. Soucy Inc. & Partners L.P. No funds borrowed under the DIP Facility have been transferred to Bear Island.

## RESPONSE TO QUESTIONS 4 & 11 FROM MOR-7a
## PAYMENTS FOR PREPETITION LIABILITIES
## JANUARY 1, 2011 THROUGH JANUARY 31, 2011 (IN USD)

| PAYMENT CATEGORY | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
|---|---|---|---|---|---|
| 1. COMMON CARRIER/LIEN | 2/26/2010 | $1,900,000 | $0 | $969,832 | $115,404 |
| 2. TAXES | 2/26/2010 AND 3/24/2010 | $250,000 | $97,777 | $147,220 | $34,686 |
| 3. WAGES & BENEFITS | 2/26/2010 AND 3/24/2010 | N/A | $0 | $589,823 | $0 |
| 4. INSURANCE | 2/26/2010 AND 3/24/2010 | $41,000 PER MONTH | $0 | $103,219 | $103,219 |
| 5. TOTAL | | | $97,777 | $1,810,094 | $253,309 |