Jonathan L. Hauser
VSB No. 18688
TROUTMAN SANDERS LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
Telephone:     (757) 687-7768
Facsimile:      (757) 687-1505

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
Richard M. Goldman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

*Attorneys for the Debtor and
Debtor in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BEAR ISLAND PAPER COMPANY, L.L.C.,[1] | ) | Case No. 10-31202 (DOT) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF PROPOSED AGENDA FOR THE OMNIBUS HEARING
### ON MAY 18, 2011 AT 2:00 P.M. PREVAILING EASTERN TIME

**PLEASE TAKE NOTICE** that Bear Island Paper Company, L.L.C., the debtor and debtor in possession in the above-captioned chapter 11 case ("Bear Island" or the "Debtor"), has filed the proposed agenda, attached hereto as **Exhibit A** and incorporated herein by reference, with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court") for the omnibus hearing scheduled for **2:00 p.m. prevailing Eastern Time on May 18, 2011**. The proposed hearing agenda is for the convenience of the Court and counsel, and is not determinative of the matters to be heard on that day or whether there will be a settlement or continuance of such matters. The omnibus hearing is scheduled to be held at the United States Bankruptcy Court, U.S. Courthouse, Chief Judge Tice's Courtroom 5100, 701 East Broad Street, Richmond, Virginia 23219, unless otherwise noticed at a future date.

---

[1] The last four digits of the Debtor's federal tax identification number are 0914. The principal address for the Debtor is 10026 Old Ridge Road, Ashland, Virginia 23005.

**PLEASE TAKE FURTHER NOTICE** that you or your attorney may want to attend the scheduled omnibus hearing to protect your rights. Under Local Bankruptcy Rule 9013-1, if you or your attorney do not take the appropriate steps, including attending the scheduled omnibus hearing, the Court may decide that you do not oppose the relief sought in the pleadings listed on the proposed agenda and may enter an order granting the relief requested therein.

          **BEAR ISLAND PAPER COMPANY, L.L.C.**

Dated: May 16, 2011        By: */s/ Jonathan L. Hauser*
Richmond, Virginia            Of Counsel

Jonathan L. Hauser, Esquire
VSB No. 18688
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
Telephone:    (757) 687-7768
Facsimile:    (757) 687-1505

- and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
Richard M. Goldman (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

*Attorneys for the Debtor and
Debtor in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was sent either electronically or by overnight mail, postage prepaid, on the 16th day of May, 2011, to all necessary parties.

*/s/ Jonathan L. Hauser*

**Exhibit A**

**Proposed Hearing Agenda**

Jonathan L. Hauser
VSB No. 18688
TROUTMAN SANDERS LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7768
Facsimile:  (757) 687-1505

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
Richard M. Goldman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

*Attorneys for the Debtor and
Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| BEAR ISLAND PAPER COMPANY, L.L.C.,[1] | ) Case No. 10-31202 (DOT) |
| Debtor. | ) |

**PROPOSED AGENDA FOR THE OMNIBUS HEARING ON
MAY 18, 2011 AT 2:00 P.M. PREVAILING EASTERN TIME**

## I. ADJOURNED MOTIONS AND OBJECTIONS

A. ["Fourth Omnibus Claims Objection"] Bear Island Paper Company, L.L.C.'s Fourth Omnibus Claims Objection Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure to Disallow and Expunge Claim Nos. 104, 113, 115, 121, 122, 123, 124, 161, 162, 163, 175, 176 and 180 Filed by Certain of the Debtor's Second Lien Lenders [Docket No. 770].

   Responses Received:

   (i) None.

   **Action**: The Debtor received an informal response from counsel for certain lenders under that certain Second Lien Term Loan Credit Agreement. The Debtor is currently involved in discussions with lenders' counsel and counsel for the official committee of unsecured creditors appointed in this chapter 11 case to reach an agreement regarding such response

---

[1] The last four digits of the Debtor's federal tax identification number are 0914. The principal address for the Debtor is 10026 Old Ridge Road, Ashland, Virginia 23005.

and will revise this agenda when and if a resolution is reached. The Debtor currently intends to proceed with the Fourth Omnibus Claims Objection at the omnibus hearing referenced above.

## II. WITHDRAWN MOTION

A. ["Cascades Sonoco, Inc.'s Motion for Relief from Stay"] Cascades Sonoco, Inc.'s Motion for Relief from Automatic Stay, or in the Alternative, to Compel Assumption or Rejection of Executory Contract [Docket No. 283].

Responses Received:

(i) None.

**Action**: This motion has been withdrawn by counsel to Cascades Sonoco, Inc. [Docket No. 806].

| | |
|---|---|
| Dated: May 16, 2011<br>       Richmond, Virginia | **BEAR ISLAND PAPER COMPANY, L.L.C.**<br><br>By:   */s/ Jonathan L. Hauser*<br>          Of Counsel |

Jonathan L. Hauser, Esquire
VSB No. 18688
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
Telephone:   (757) 687-7768
Facsimile:   (757) 687-1505

    - and -

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
Richard M. Goldman (admitted *pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

*Attorneys for the Debtor
and Debtor in Possession*