# EXHIBIT C

## Form of Letter to Voting Classes



On August 24, 2011, Bear Island Paper Company, L.L.C. (the "Debtor") filed (a) the *Disclosure Statement for the Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [Docket No. •] (as amended from time to time and including all exhibits and supplements thereto, the "Disclosure Statement") and (b) *Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [Docket No. •] (as amended from time to time and including all exhibits and supplements thereto, the "Plan"). Contemporaneously therewith, the Debtor filed the *Motion of the Debtor for an Order Approving the Debtor's Disclosure Statement and Relief Related Thereto* [Docket No. •] (the "Motion").[1] On _____, 2011, the Bankruptcy Court entered the *Order Approving the Disclosure Statement and Relief Related Thereto* [Docket No. •], which, among other things, approved certain procedures with respect to the solicitation of votes to accept or reject the Plan (the "Solicitation Procedures").

**You have received this letter and the enclosed materials because you are entitled to vote to accept or reject the Plan.**

The enclosed materials constitute the Debtor's "Solicitation Package" and consist of the following:

(a)     this cover letter;

(b)     the Disclosure Statement Order with the Solicitation Procedures, attached as **Exhibit 1** thereto;

(c)     an appropriate form of Ballot and Ballot Instructions with respect thereto, if applicable (with a pre-addressed, postage prepaid return envelope);

(d)     the Confirmation Hearing Notice;

(e)     the approved form of the Disclosure Statement (together with the Plan, which is **Exhibit A** to the Disclosure Statement) in either paper or CD-ROM format; and

(f)     such other materials as this Court orders to be made available.

The Debtor's Board of Directors has approved the Plan filing and solicitation of votes in connection therewith. The Debtor believes that the acceptance of the Plan is in the best interests of the Holders of Claims against the Debtor. Moreover, the Debtor believes that any alternative other than Confirmation of the Plan could result in extensive delays and increased administrative expenses, thereby resulting in smaller distributions or no distributions on account of Claims.

---

[1]   Capitalized terms used but not defined herein shall have the meanings set forth in the Motion and Plan, as applicable.

10026 Old Ridge Road                     Tel: **804.227.4025**

Ashland, Virginia 23005                   Fax: 804.227.4050

K&E 18824540

**THEREFORE, THE DEBTOR RECOMMENDS THAT ALL ENTITIES ENTITLED TO VOTE SUBMIT A TIMELY BALLOT VOTING TO ACCEPT THE PLAN.**

Paper copies of any materials that were provided in CD-ROM format can be obtained at no charge from the Voting and Claims Agent (a) at its website at www.gardencitygroup.com/cases/bip, (b) by writing WBP Bankruptcy Administration, c/o GCG, PO Box 9550, Dublin, Ohio, 43017-4850, (c) calling (888) 291-9927 or (d) by emailing wbpsolicitation@gcginc.com.   Please be advised that the Voting and Claims Agent is not authorized to, and will not, provide legal advice or handle inquiries with respect to whether you should vote to accept or reject the Plan.

The materials in the Solicitation Package are intended to be self-explanatory.   If, however, you have any questions, please feel free to contact the Debtor's Voting and Claims Agent, The Garden City Group, Inc., (a) at its website at www.gardencitygroup.com/cases/bip, (b) by writing WBP Bankruptcy Administration, c/o GCG, PO Box 9550, Dublin, Ohio, 43017-4850, (c) calling (888) 291-9927 or (d) by emailing wbpsolicitation@gcginc.com.

K&E 18824540