# EXHIBIT E-1

**Non-Voting Status Notice-Deemed to Accept**

| | |
|---|---|
| Jonathan L. Hauser | Richard M. Cieri (admitted *pro hac vice*) |
| VSB No. 18688 | Christopher J. Marcus (admitted *pro hac vice*) |
| TROUTMAN SANDERS LLP | Richard M. Goldman (admitted *pro hac vice*) |
| 222 Central Park Avenue | KIRKLAND & ELLIS LLP |
| Suite 2000 | 601 Lexington Avenue |
| Virginia Beach, Virginia 23462 | New York, New York 10022 |
| Telephone:      (757) 687-7768 | Telephone:      (212) 446-4800 |
| Facsimile:      (757) 687-1505 | Facsimile:      (212) 446-4900 |

*Attorneys for the Debtor and*
*Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BEAR ISLAND PAPER COMPANY, L.L.C.,[1] | ) | Case No. 10-31202 (DOT) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF NON-VOTING STATUS WITH RESPECT TO UNCLASSIFIED CLAIMS
## AND UNIMPAIRED CLASSES OF CLAIMS DEEMED TO ACCEPT THE PLAN

**PLEASE TAKE NOTICE THAT** on [•], 2011, the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (this "Court") entered the *Order Approving the Debtor's Disclosure Statement and Relief Related Thereto* [Docket No. •] (the "Disclosure Statement Order") that, among other things, (a) approved the *Disclosure Statement for the Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [Docket No. •] (as amended from time to time and including all exhibits and supplements thereto, the "Disclosure Statement"), filed in support of the *Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [Docket No. •] (as amended from time to time and including all exhibits and supplements thereto, the "Plan"), as containing adequate information, as required under section 1125(a) of the title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and (b) authorized Bear Island Paper Company, L.L.C., the debtor and debtor in possession in the above-captioned chapter 11 case ("Bear Island" or the "Debtor") to solicit votes to accept or reject the Plan.[2]

---

[1]    The last four digits of the Debtor's federal tax identification number are 0914.  The principal address for the Debtor is 10026 Old Ridge Road, Ashland, Virginia 23005.

[2]    Capitalized terms used but not defined herein shall have the meanings set forth in the Plan.

The Debtor's Disclosure Statement, Disclosure Statement Order, Plan and other documents and materials included in the Solicitation Package (except the Ballots) may be obtained from: (a) the Debtor's Voting and Claims Agent, The Garden City Group, Inc. (the "Voting and Claims Agent") (i) at its website at www.gardencitygroup.com/cases/bip, (ii) by writing WBP Bankruptcy Administration, c/o GCG, PO Box 9550, Dublin, Ohio 43017-4850, (iii) calling (888) 291-9927 or (iv) by emailing wbpsolicitation@gcginc.com; or (b) from the Court's website, for a fee via PACER, at www.vaeb.uscourts.gov.

You are receiving this notice because under the terms of Article III of the Plan, either: (a) your Claim(s) are unclassified pursuant to section 1123(a)(1) of the Bankruptcy Code, and therefore, you are not entitled to vote on the Plan; or (b) your Claims against the Debtor are Unimpaired, and thus, in accordance with section 1126(f) of the Bankruptcy Code, you are (i) deemed to have accepted the Plan and (ii) not entitled to vote on the Plan.

If you have any questions about the status of any of your Claims, you should contact the Debtor's Voting and Claims Agent in accordance with the instructions provided above. Please be advised that the Voting and Claims Agent is not authorized to, and will not, provide legal advice or handle inquiries with respect to whether you should vote to accept or reject the Plan.

2