## **EXHIBIT F**

**Notice of Disputed Claims**

Jonathan L. Hauser
VSB No. 18688
TROUTMAN SANDERS LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
Telephone:      (757) 687-7768
Facsimile:      (757) 687-1505

*Attorneys for the Debtor and
Debtor in Possession*

Richard M. Cieri (admitted *pro hac vice*)
Christopher J. Marcus (admitted *pro hac vice*)
Richard M. Goldman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) )  Chapter 11 ) |
| BEAR ISLAND PAPER COMPANY, L.L.C.,[1] | )  Case No. 10-31202 (DOT) ) |
| Debtor. | ) ) ) |

## NOTICE OF NON-VOTING STATUS WITH RESPECT TO DISPUTED CLAIMS

**PLEASE TAKE NOTICE THAT** on [•], 2011, the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (this "Court") entered the *Order Approving the Debtor's Disclosure Statement and Relief Related Thereto* [Docket No. •] (the "Disclosure Statement Order") that, among other things, (a) approved the *Disclosure Statement for the Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [Docket No. •] (as amended from time to time and including all exhibits and supplements thereto, the "Disclosure Statement"), filed in support of the *Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [Docket No. •] (as amended from time to time and including all exhibits and supplements thereto, the "Plan"), as containing adequate information, as required under section 1125(a) of the title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and (b) authorized Bear Island Paper Company, L.L.C., the debtor and debtor in possession in the above-captioned chapter 11 case ("Bear Island" or the "Debtor") to solicit votes to accept or reject the Plan.[2]

The Debtor's Disclosure Statement, Disclosure Statement Order, Plan and other documents and materials included in the Solicitation Package (except the Ballots) may be obtained from:  (a) the Debtor's Voting and Claims Agent, The Garden City Group, Inc. (the

---

[1]   The last four digits of the Debtor's federal tax identification number are 0914.  The principal address for the Debtor is 10026 Old Ridge Road, Ashland, Virginia 23005.

[2]   Capitalized terms used but not defined herein shall have the meanings set forth in the Plan.

"Voting and Claims Agent") (i) at its website at www.gardencitygroup.com/cases/bip, (ii) by writing WBP Bankruptcy Administration, c/o GCG, PO Box 9550, Dublin, Ohio 43017-4850, (iii) calling (888) 291-9927 or (iv) by emailing wbpsolicitation@gcginc.com; or (b) from the Court's website, for a fee via PACER, at www.vaeb.uscourts.gov.

You are receiving this notice because as of the Record Date, October [5], 2011, you are the Holder of a Claim that is subject to a pending objection by the Debtor. You are not entitled to vote on the disputed portion of your Claim on the Debtor's Plan unless at least five days before the Voting Deadline:  (a) this Court enters an order, pursuant to section 502(b) of the Bankruptcy Code, and after notice and a hearing, allowing such claim; (b) this Court enters an order, after notice and a hearing, temporarily allowing such Claim for voting purposes only pursuant to Bankruptcy Rule 3018(a); (c) execution of a stipulation or other agreement between the Holder of such Claim and the Debtor resolving the objection and allowing such Claim in an agreed upon amount; (d) execution of a stipulation or other agreement between the Holder of such Claim and the Debtor temporarily allowing the Holder of such Claim to vote its Claim in an agreed upon amount; or (e) the Debtor voluntarily withdraws the pending objection to such Claim (each, a "Resolution Event").

If a Resolution Event occurs, then, no later than two Business Days thereafter, the Voting and Claims Agent shall distribute a Solicitation Package with a Ballot and a pre-addressed, postage pre-paid envelope to the relevant Holder of such a Claim, which must be returned according to the instructions on the Ballot included in the Solicitation Package by no later than the Voting Deadline, which is **5:00 p.m. prevailing Eastern Time on November [14], 2011**.

If you have any questions about the status of your Claim(s), you should contact the Debtor's Voting and Claims Agent in accordance with the instructions provided above.  Please be advised that the Voting and Claims Agent is not authorized to, and will not, provide legal advice or handle inquiries with respect to whether you should vote to accept or reject the Plan.

2

K&E 18930493