## EXHIBIT G

**Notice of Disclosure Statement Hearing**

K&E 18930666

Case 10-31202-DOT   Doc 882-7   Filed 08/24/11   Entered 08/24/11 13:55:53   Desc
Exhibit G   Page 2 of 3

| | |
|---|---|
| Jonathan L. Hauser | Richard M. Cieri (admitted *pro hac vice*) |
| VSB No. 18688 | Christopher J. Marcus (admitted *pro hac vice*) |
| TROUTMAN SANDERS LLP | Richard M. Goldman (admitted *pro hac vice*) |
| 222 Central Park Avenue | KIRKLAND & ELLIS LLP |
| Suite 2000 | 601 Lexington Avenue |
| Virginia Beach, Virginia 23462 | New York, New York 10022 |
| Telephone:     (757) 687-7768 | Telephone:     (212) 446-4800 |
| Facsimile:     (757) 687-1505 | Facsimile:     (212) 446-4900 |

*Attorneys for the Debtor and*
*Debtor in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BEAR ISLAND PAPER COMPANY, L.L.C.,[1] | ) | Case No. 10-31202 (DOT) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF DISCLOSURE STATEMENT HEARING

**TO ALL HOLDERS OF CLAIMS AND EQUITY INTERESTS AND PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE THAT** on August 24, 2011, the above-captioned debtor and debtor in possession ("Bear Island" or the "Debtor") filed:  (a) the *Motion of the Debtor for the Entry of an Order Approving the Debtor's Disclosure Statement and Relief Related Thereto* (the "Disclosure Statement Motion"); (b) the *Disclosure Statement for the Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* (as amended from time to time and including all exhibits and supplements thereto, the "Disclosure Statement"); and (c) the *Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* (as amended from time to time and including all exhibits and supplements thereto, the "Plan").

      **PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Disclosure Statement Motion will be held before the Honorable Douglas O. Tice, United States Bankruptcy Judge, on October 5, 2011 at 2:00 p.m. prevailing Eastern Time, in the United States Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, Virginia 23219 (the "Disclosure Statement Hearing"), to consider the entry of an order finding that, among other things, the Disclosure Statement contains "adequate information" within the meaning contained in section 1125 of the

---

[1]   The last four digits of the Debtor's federal tax identification number are 0914.  The principal address for the Debtor is 10026 Old Ridge Road, Ashland, Virginia 23005.

K&E 18930666

Bankruptcy Code.  The Disclosure Statement Hearing may be continued from time to time without further notice other than such adjournment announced in open court or a notice of adjournment filed with the Court and served on the parties entitled to receive notice pursuant to the *Order Establishing Certain Notice, Case Management and Administrative Procedures* [Docket No. 59] (the "<u>Case Management Order</u>"), and the Entities who have filed objections to the Disclosure Statement, without further notice to other parties in interest.

**PLEASE TAKE FURTHER NOTICE THAT** the Disclosure Statement Motion, Disclosure Statement and Plan may be obtained from:  (a) the Debtor's Voting and Claims Agent, The Garden City Group, Inc. (i) at its website at www.gardencitygroup.com/cases/bip, (ii) by writing WBP Bankruptcy Administration, c/o GCG, PO Box 9550, Dublin, Ohio 43017-4850, (iii) calling (888) 291-9927 or (iv) by emailing wbpsolicitation@gcginc.com; or (b) from the Court's website, for a fee via PACER, at www.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT** responses and objections, if any, to the approval of the Disclosure Statement, or any of the other relief sought by the Debtor in connection with the approval of the Disclosure Statement, must be made in accordance with the Case Management Order and pursuant to rule 9013-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia.  Responses or objections, if any, must also be filed with the Bankruptcy Court and served by first-class mail upon each of the following parties so as to be **actually received** no later than **5:00 p.m. prevailing Eastern Time on September 28, 2011**:

| |
|---|
| **KIRKLAND & ELLIS LLP** <br> Attn.:  Christopher J. Marcus <br> 601 Lexington Avenue <br> New York, New York 10022 <br><br> ***Counsel to the Debtor*** |
| **TROUTMAN SANDERS LLP** <br> Attn.:  Jonathan L. Hauser <br> 222 Central Park Avenue <br> Suite 2000 <br> Virginia Beach, Virginia 23462 <br><br> ***Counsel to the Debtor*** |
| **HUNTON & WILLIAMS LLP** <br> Attn.:  Benjamin C. Ackerly <br> Riverfront Plaza, East Tower <br> 951 East Byrd Street <br> Richmond, Virginia 23219 <br><br> ***Counsel to the Official Committee of Unsecured Creditors*** |
| **OFFICE OF THE UNITED STATES TRUSTEE FOR THE EASTERN DISTRICT OF VIRGINIA** <br> Attn.:  Robert B. Van Arsdale <br> 701 East Broad Street, Suite 4304 <br> Richmond, Virginia 23219 |

2