# United States Bankruptcy Court
## Eastern District of Virginia
### Richmond Division

RICHMOND DIVISION
F I L E D
AUG 3 0 2011
CLERK
U.S. BANKRUPTCY COURT

JUL 28 2010
U.S. BANKRUPTCY COURT

In re  Bear Island Paper Company, L L C          Case No  10-31202 (DOT)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U S C § 1111(a)  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed R Bankr P , of the transfer, other than for security, of the claim referenced in this evidence and notice

| Credit Suisse Loan Funding LLC | Credit Suisse International |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent

Credit Suisse Loan Funding LLC
Eleven Madison Avenue, 5th Floor
New York, New York 10010
Attn  Ronald Gotz
Tel  212-325-9917
Fax 212-538-3116

Court Claim # (if known)  105 and 160

Amount of Claim  $20,119,357 00 plus unliquidated portion of claim

Date Claim Filed   June 16, 2010 and June 30, 2010

Phone  212-325-2175
Last Four Digits of Acct # _____

Last Four Digits of Acct # _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

CREDIT SUISSE LOAN FUNDING LLC

By _____  Ronald Gotz
   Transferee/Transferee's Agent   Authorized Signatory  7/22/10

By _____  Date  7/22/10
   Transferee/Transferee's Agent
                           Ian Landow
                           Authorized Signatory

Penalty for making a false statement  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 & 3571

038-14285/COURT/2714950 1

# United States Bankruptcy Court
## Eastern District of Virginia
## Richmond Division

In re Bear Island Paper Company, L.L.C.         Case No 10-31202 (DOT)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 105 and Claim 160 were filed or deemed filed under 11 U S C § 1111(a) in this case by the alleged transferor  As evidence of the transfer of those claims, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on

| Credit Suisse International | Credit Suisse Loan Funding LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor | Address of Transferee |
| Credit Suisse International<br>Eleven Madison Avenue, 5th Floor<br>New York, New York 10010<br>Attn Gil Golan<br>Tel 212-325-2175<br>Fax 212-743-4953<br>e-mail   Gil Golan@credit-suisse com | Credit Suisse Loan Funding LLC<br>Eleven Madison Avenue, 5th Floor<br>New York, New York 10010<br>Attn Ronald Gotz<br>Tel 212-325-9917<br>Fax 212-538-3116 |

**≈DEADLINE TO OBJECT TO TRANSFER≈**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court

Date _____                                   _____
                                                           CLERK OF THE COURT

038-14285/COURT/2714950 1

### EVIDENCE OF TRANSFER OF CLAIM

TO: Bear Island Paper Company L.L.C. and
The Bankruptcy Court (as defined below)

For value received, the adequacy and sufficiency of which are hereby acknowledged, CREDIT SUISSE INTERNATIONAL ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CREDIT SUISSE LOAN FUNDING LLC (the "Buyer") pursuant to a Transfer of Claim Agreement dated July 14, 2010 between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Bear Island Paper Company L.L.C. (the "Debtor"), a debtor-in-possession in the chapter 11 reorganization case entitled In re Bear Island Paper Company L.L.C., Chapter 11 Case Number 10-31202 (DOT), pending in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") in the amount of US $20,119,357.00 (the "Claim").

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing Buyer as the sole owner and holder of the Claims. Seller further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14th day of July, 2010.

| SELLER: | BUYER: |
|---|---|
| CREDIT SUISSE INTERNATIONAL | CREDIT SUISSE LOAN FUNDING LLC |
| By: _____ | By: _____ |
| Name: IAN N HARRIS | Name: |
| Title: MANAGING DIRECTOR | Title: |
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: |

### EVIDENCE OF TRANSFER OF CLAIM

TO   Bear Island Paper Company L L C , and
     The Bankruptcy Court (as defined below)

For value received, the adequacy and sufficiency of which are hereby acknowledged, CREDIT SUISSE INTERNATIONAL ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CREDIT SUISSE LOAN FUNDING LLC (the "Buyer") pursuant to a Transfer of Claim Agreement dated July 14, 2010 between Seller and Buyer all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claims (as such term is defined in Section 101(5) of the U S Bankruptcy Code) against Bear Island Paper Company, L L C (the "Debtor"), a debtor-in-possession in the chapter 11 reorganization case entitled, In re Bear Island Paper Company, L L C, Chapter 11 Case Number 10-31202 (DOT), pending in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), in the amount of US $20,119,357 00 (the "Claim")

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure the Bankruptcy Code, applicable local bankruptcy rules or applicable law  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing Buyer as the sole owner and holder of the Claims  Seller further directs the Debtors the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to Buyer

IN WITNESS WHEREOF this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14 day of July 2010

**SELLER:**

CREDIT SUISSE INTERNATIONAL

By _____
Name
Title

By _____
Name
Title

**BUYER:**

CREDIT SUISSE LOAN FUNDING LLC

By _/s/ Ronald Gotz_____
Name  Ronald Gotz
Title  Authorized Signatory

By _/s/ Ian Landow_____
Name  Ian Landow
Title  Authorized Signatory

Page 1 of 2

From   Origin ID GVEA  (631) 470-5000
Mr David Rabenda
United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street, Suite 4000
Richmond, VA 23219



Ship Date 24FEB10
ActWgt 1 0 LB
CAD 100098347/INET3010

Delivery Address Bar Code

SHIP TO  (631) 470-5000    BILL SENDER
**Attn Patrick Passarella
The Garden City Group, Inc.
5151 Blazer PKWY**

**Dublin, OH 43017**

Ref #    WBP

RMA #
Return Reason

TRK# 7984 2066 1878    FedEx RETURNS
0221                    PRIORITY OVERNIGHT

43017
OH-US
LCK



1  Select the 'Print' button to print 1 copy of each label
2  The Return Shipment instructions, which provide your recipient with information on the returns process, will be printed with the label(s)

3  After printing, select your next step by clicking one of the displayed buttons

Note To review or print individual labels, select the Label button under each label image above

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim Limitations found in the current FedEx Service Guide apply Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value Recovery cannot exceed actual documented loss Maximum for items of extraordinary value is $500, e g jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide Written claims must be filed within strict time limits, see current FedEx Service Guide

https //www fedex com/shipping/html/en//PrintIFrame.html    2/24/2010

 **Mandel, Katz & Brosnan LLP**



July 27, 2007

**VIA FEDERAL EXPRESS**

Clerk of the Court
United States Bankruptcy Court
for the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219-1888

Kara S Katz
Tracy J Brosnan
Jacqueline Allon *
Elizabeth Bilbao
Siu Lan Chan
Lawrence A Codispoti*
Gary Day*
Deborah Dieterich*
Matt J Epstein
Joan Fong
Tara Hannon
John J Mandler
Allison N Reich*
Aron G Weber
Colin Aaron
Special Counsel

   *Re  In re  Bear Island Paper Company, L L C , Case-No  10-31202 (DOT)*

Dear Sir or Madam,

Enclosed for filing in the above-referenced Bankruptcy case please find the Evidence of Transfer of Claim between Credit Suisse International and Credit Suisse Loan Funding LLC   For your convenience, we have also enclosed the corresponding Notice of Transfer of Claim

In addition, we have enclosed copies of the Notice of Transfer of Claim and the Evidence of Transfer of Claim   Please stamp the copies as filed and send them back to us in the enclosed self-addressed envelope

Thank you for your assistance in this matter

Attorneys at Law
regulated by the Solicitors
Regulation Authority

Admitted to practice as
an Attorney in the State
of New York

Admitted to practice as
a Solicitor in England
and Wales

Admitted to practice as
an Attorney in the State
of New Jersey

*** Admitted to practice as an
Abogado del Ilustre Colegio
de Abogados de Madrid Spain

VAT # 821 0546 66

Sincerely,

Denise Yaklofsky

Enc

NEW YORK  /  LONDON  /  SINGAPORE

038-14285/CORRES/272)345 1

TEL+1 845 639 7800      The Law Building 210 Route 303
FAX+1 845 639 7850      Valley Cottage New York 10989

TEL+ 44 20 7653 5678    4th Floor Genesis House 17 Godliman Street
FAX+ 44 20 7653 5679    London EC4V 5BD England

TEL+ 65 6538 8845       15th Floor ASO Building 8 Robinson Road
FAX+ 65 6538 1977       Singapore 048544